B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  DEB STORES HOLDING LLC,  
              Debtor

Case No. 14-_____ (___)

Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| WELLS FARGO TRADE CAPITAL SERV. INC.<br>99 Park Ave<br>New York, NY  10016 | WELLS FARGO TRADE CAPITAL SERV. INC.<br>99 Park Ave<br>New York, NY  10016<br>Contact:  Rocco Surace<br>Tel: 212 703 3970<br>Email:Rocco.j.Surace@wellsfargo.com | Trade Debt | | $1,141,346.59 |
| UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA  19170-0001 | UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA  19170-0001<br>Contact:  Ed Firth, mIke Moore<br>Tel: (800) 811-1648<br>Email: efirth@ups.com, vbernhardt@ups.com | Trade Debt | | $539,577.05 |
| FINESSE APPAREL, INC.<br>1025 SOUTH STANFORD AVENUE<br>LOS ANGELES, CA  90021 | FINESSE APPAREL, INC.<br>1025 SOUTH STANFORD AVENUE<br>LOS ANGELES, CA  90021<br>Contact:  Jung Hahn<br>Tel: (213) 474-7077  Ext. 156<br>Email: jung@finesseusa.com | Trade Debt | | $503,356.85 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FASHION WILDCAT<br>777 12TH STREET<br>LOS ANGELES, CA 90021 | FASHION WILDCAT<br>777 12TH STREET<br>LOS ANGELES, CA 90021<br>Contact: Bobby Seo<br>Tel: (213) 749-4199<br>Email: seobobby@yahoo.com | Trade Debt | | $339,719.87 |
| BLUE MOUNTAIN APPAREL LA, LLC<br>201 WEST 39TH STREET<br>NEW YORK, NY 10018 | BLUE MOUNTAIN APPAREL LA, LLC<br>201 WEST 39TH STREET<br>NEW YORK, NY 10018<br>Contact: Dennis Slapo<br>Tel: 213-286-6718<br>Email: dslapo@gmail.com | Trade Debt | | $332,678.29 |
| UNITED HEALTHCARE INS. CO.<br>99 Park Ave<br>New York, NY 10016 | UNITED HEALTHCARE INS. CO.<br>99 Park Ave<br>New York, NY 10016<br>Contact: Scott Jencius<br>Email:scott_jenciius@uhc.com | Insurance | | $281,925.34 |
| LEGEND FOOTWEAR, INC.<br>19445 E. WALNUT DR. N.<br>CITY OF INDUSTRY, CA 91789 | LEGEND FOOTWEAR, INC.<br>19445 E. WALNUT DR. N.<br>CITY OF INDUSTRY, CA 91789<br>Contact: Jack Tsai<br>Tel: 626-934-7168<br>Email: Jack@legendfootwear.com | Trade Debt | | $258,026.74 |
| PACIFIC LOGISTICS CORP<br>7255 ROSEMEAD BLVD<br>PICO RIVERA, CA 90660 | PACIFIC LOGISTICS CORP<br>7255 ROSEMEAD BLVD<br>PICO RIVERA, CA 90660<br>Contact: Doug Hockersmith<br>Tel: 562-478-4737<br>Email: dough@pacific-logistics.com | Trade Debt | | $248,597.05 |
| GOOGLE, INC.<br>DEPT. 33654<br>SAN FRANCISCO, CA 10001 | GOOGLE, INC.<br>DEPT. 33654<br>SAN FRANCISCO, CA 10001<br>Contact: Ben Palomares<br>Tel: (212) 576-1120<br>Email: b.palomares@google.com | Trade Debt | | $242,371.80 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SPRINGLAND INTERNATIONAL INC. 17440 RAILROAD STREET CITY OF INDUSTRY, CA 91748 | SPRINGLAND INTERNATIONAL INC. 17440 RAILROAD STREET CITY OF INDUSTRY, CA 91748 Contact: Michael Wang Tel: (626) 325-8285 Email: Michael@springlandfootwear.com | Trade Debt | | $201,179.57 |
| MOAC MALL HOLDINGS LLC PO BOX 187 GLENDORA, CA 91740-0187 | MOAC MALL HOLDINGS LLC PO BOX 187 GLENDORA, CA 91740-0187 Contact: Al Hines Tel: 952-883-8530 Email: al.hines@moa.net | Rent | | $156,259.32 |
| UC FACTORS 1155 E. PICE BLVD. LOS ANGELES, CA 91740-0187 | UC FACTORS 1155 E. PICE BLVD. LOS ANGELES, CA 91740-0187 Contact: Ken Moore Tel: 800-228-7151 Email: kenmoore@ucfactors.com | Trade Debt | | $142,379.99 |
| EMCON ASSOCIATES, INC. 74 BRICK BLVD BRICK, NJ 08723 | EMCON ASSOCIATES, INC. 74 BRICK BLVD BRICK, NJ 08723 Contact: John Cavalieri Email: jcavallieri@emconfm.com | Trade Debt | | $141,953.85 |
| ENTICING LINGERIE, INC. PO BOX 230224 BROOKLYN, NY 11223 | ENTICING LINGERIE, INC. PO BOX 230224 BROOKLYN, NY 11223 Contact: David Gindi Tel: (718) 998-8625 Email: David@enticinglingerie.com | Trade Debt | | $132,548.30 |
| BRANT INSTORE CORPORATION 555 GREENWICH ST BRANTFORD, ON, CANADA N3T 5T3 | BRANT INSTORE CORPORATION 555 GREENWICH ST BRANTFORD, ON, CANADA N3T 5T3 Contact: John Paul DeBoer Tel: (519) 759-4361 Email: JohnPaul.deBoer@brantinstore.com | Trade Debt | | $131,281.55 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| JA COSMETICS<br>45 MAYHILL STREET<br>SADDLE BROOK, NJ  07663 | JA COSMETICS<br>45 MAYHILL STREET<br>SADDLE BROOK, NJ  07663<br>Contact:  Tarang Amin<br>Tel: 510-210-8610<br>Email: tamin@eyeslipsface.com | Trade Debt | | $116,408.45 |
| HEART AND HIPS<br>2424 E. 26TH STREET<br>VERNON, CA  90058 | HEART AND HIPS<br>2424 E. 26TH STREET<br>VERNON, CA  90058<br>Contact:  Jarvis Park<br>Tel: (323) 584-5900  Ext. 3230<br>Email: jarvis@heartandhips.com | Trade Debt | | $113,559.00 |
| AMBIANCE APPAREL<br>2465 E. 23RD STREET<br>LOS ANGELES, CA  90058 | AMBIANCE APPAREL<br>2465 E. 23RD STREET<br>LOS ANGELES, CA  90058<br>Contact:  Ed Noh<br>Tel: 213-873-0007<br>Email: ednoh@ambianceapparel.com | Trade Debt | | $108,937.70 |
| BLUE GRASS RD PARTNERSHIP<br>C/O ALTMAN MANAGEMENT COMPANY<br>FORT WASHINGTON, PA 19034 | BLUE GRASS RD PARTNERSHIP<br>C/O ALTMAN MANAGEMENT COMPANY<br>FORT WASHINGTON, PA  19034<br>Contact:  Paul Small<br>Tel: 215-884-0500<br>Email: Paul_1@altmanco.com | Rent | | $105,000.00 |
| MIKEN CLOTHING<br>539 S. MISSION ROAD<br>LOS ANGELES, CA  90031 | MIKEN CLOTHING<br>539 S. MISSION ROAD<br>LOS ANGELES, CA  90031<br>Contact:  Mike Bobbitt/Kenny Landy<br>Tel: (323) 266-2560<br>Email: andy@mikenclothing.com | Trade Debt | | $88,355.16 |
| PANTIES PLUS, INC.<br>320 FIFTH AVENUE<br>NEW YORK, NY 10001 | PANTIES PLUS, INC.<br>320 FIFTH AVENUE<br>NEW YORK, NY 10001<br>Contact:  Abe Hanan<br>Tel: 212-779-1999<br>Email: abe@ppiapparel.com | Trade Debt | | $88,171.22 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| DS CLOTHING<br>3510 S. BROADWAY PL.<br>LOS ANGELES, CA 90007 | DS CLOTHING<br>3510 S. BROADWAY PL.<br>LOS ANGELES, CA 90007<br>Contact: Sam Shin<br>Tel: (213) 703-5737<br>Email: sammyclothing@yahoo.com | Trade Debt | | $84,970.68 |
| DEMANDWARE, INC<br>5 WALL STREET<br>BURLINGTON, MA 01803 | DEMANDWARE, INC<br>5 WALL STREET<br>BURLINGTON, MA 01803<br>Contact: Matthew Martin<br>Tel: (212) 576-1120<br>Email: mmartin@demandware.com | Trade Debt | | $84,967.05 |
| MALL AT LEHIGH VALLEY,L.P.<br>PO BOX 829446<br>PHILADELPHIA, PA 19182-9446 | MALL AT LEHIGH VALLEY,L.P.<br>PO BOX 829446<br>PHILADELPHIA, PA 19182-9446<br>Contact: Ken Lavy<br>Tel: 317-263-7010<br>Email: KLavy@Simon.com | Rent | | $84,143.78 |
| ULTIMATE SOFTWARE GROUP<br>1485 NORTH PARK DRIVE<br>WESTON, FL 33326 | ULTIMATE SOFTWARE GROUP<br>1485 NORTH PARK DRIVE<br>WESTON, FL 33326<br>Contact: Tina Harper<br>Tel: (954) 331-8508<br>Email: tina_harper@ultimatesoftware.com | Trade Debt | | $82,397.13 |
| REGENT-SUTTON<br>24203 NETWORK PLACE<br>CHICAGO, IL 60673-1242 | REGENT-SUTTON<br>24203 NETWORK PLACE<br>CHICAGO, IL 60673-1242<br>Contact: Richard Shweky<br>Tel: (212) 398-1006<br>Email: Richards@Jasonmaxwell.com | Trade Debt | | $80,358.80 |
| AVALARA INC<br>DEPT CH 16781<br>PALANTINE, IL 60055-6781 | AVALARA INC<br>DEPT CH 16781<br>PALANTINE, IL 60055-6781<br>Contact: Jason Smith<br>Tel: (212) 576-1120<br>Email: jason.smith@avalara.com | Trade Debt | | $77,106.60 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ONE WORLD DISTRIBUTION, INC. DBA ONE WORLD DIRECT MOBRIDGE, SD 57601 | ONE WORLD DISTRIBUTION, INC. DBA ONE WORLD DIRECT MOBRIDGE, SD 57601 Contact: Michelle Sandmeier Tel: (212) 576-1120 Email: msandmeier@owd.com | Trade Debt | | $66,638.53 |
| RIMM-KAUFMAN GROUP P.O. BOX 8025 CHARLOTTESVILLE, VA 22906 | RIMM-KAUFMAN GROUP P.O. BOX 8025 CHARLOTTESVILLE, VA 22906 Contact: Stacy Wylie Email: accounting@rimmkaufman.com | Trade Debt | | $61,635.00 |
| SALMON RUN SHOPPING CENTER LLC M & T TRUST COMPANY BUFFALO, NY 14267 | SALMON RUN SHOPPING CENTER LLC M & T TRUST COMPANY BUFFALO, NY 14267 Contact: Kyle Hopkins Tel: 315-634-7806 Email: kylehopkins@pyramidmg.com | Rent | | $60,164.24 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DEB STORES HOLDING LLC, | Case No. 14-_____ (___) |
| Debtor. | |

### CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of December, 2014, at Philadelphia, Pennsylvania.

/s/ Dawn Robertson
Dawn Robertson
Chief Executive Officer