IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| DEB STORES HOLDING LLC, | Case No. 14-_____ (___) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Styx Partners, L.P.<br>875 Third Avenue, 14th FL<br>New York, NY 10022 | Class A | 12.1048% |
| Ableco, L.L.C.<br>875 Third Avenue, 14th FL<br>New York, NY 10022 | Class A | 20.4113% |
| Cerberus Series Four Holdings, LLC<br>875 Third Avenue, 14th FL<br>New York, NY 10022 | Class A | 37.2268% |
| Credit Suisse Securities USA LLC<br>11 Madison Avenue,<br>New York, NY 10010 | Class A | 5.9393% |
| 1888 Fund, Ltd.<br>Walker House<br>87 Mary Street<br>George Town, Grand Cayman KY1-9002 | Class A | 2.2449% |
| Intel Corporation Profit Sharing Retirement Plan<br>1900 Prairie City Road<br>FM3-224<br>Folsom, CA 95630 | Class A | 0.7483% |
| Claymore/Guggenheim Strategic Opportunities Fund<br>2455 Corporate West Drive<br>Lisle, IL 60532 | Class A | 0.9354% |
| CLC Leveraged Loan Trust<br>Level 15<br>255 Pitt Street<br>Sydney, NSW 2000 | Class A | 1.4966% |

DOCS_LA:283659.3 17794/001

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| Copper River CLO Ltd.<br>Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman | Class A | 4.2876% |
| Green Lane CLO Limited<br>Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman | Class A | 2.9932% |
| Kennecott Funding Ltd<br>Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman | Class A | 2.9932% |
| Midland National Life Insurance Company<br>One Midland Plaza<br>Sioux Falls, SD 57193 | Class A | 0.7483% |
| North American Company for Life & Health Insurance<br>One Midland Plaza<br>Sioux Falls, SD 57194 | Class A | 0.7483% |
| Sands Point Funding Ltd.<br>Boundary Hall<br>Cricket Square<br>George Town, Grand Cayman | Class A | 3.7566% |
| Lee DSI Holdings, LLC<br>650 Madison Ave. FL 21<br>New York, NY 10022 | Class B | 3.3655% |

I, Dawn Robertson, the undersigned Chief Executive Officer of Deb Stores Holding LLC, named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 4th day of December, 2014, at Philadelphia, Pennsylvania.

_____
Dawn Robertson
Chief Executive Officer