IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DEB STORES HOLDING LLC, et al. [1] | ) | Case No. 14-12676 (MFW) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 5, 2014 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS[2] AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]**

<u>**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**</u>

1. Voluntary Petitions:

    A.  Deb Stores Holding LLC

    B.  Deb Stores Holding II LLC

    C.  Deb Shops SDP Inc.

    D.  Deb Shops SDIH Inc.

    E.  Deb Shops SD Inc.

    F.  Deb Shops SDE LLC

    G.  Deb Shops SDW LLC

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Deb Stores Holding LLC (4407), Deb Stores Holding II LLC (4755), Deb Shops SDP Inc. (4120), Deb Shops SDIH Inc. (4113), Deb Shops SD Inc. (8806), Deb Shops SDE LLC (4077), Deb Shops SDW LLC (4065), Deb Shops SDE-Commerce LLC (0926), and Deb Shops SDFMC LLC (8842). The location of the Debtors' headquarters and the service address for each of the Debtors is 9401 Blue Grass Road, Philadelphia, PA 19114.

[2] **Please note: The cases have been assigned to the Honorable Mary F. Walrath. The hearing will be held before the duty judge, the Honorable Kevin Gross at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than December 5, 2014 at 12:30 p.m. (EST).

      H.      Deb Shops SDE-Commerce LLC

      I.      Deb Shops SDFMC LLC

2. Declaration of Dawn Robertson in Support of First Day Motions [Filed: 12/4/14] (Docket No. 3)

    **Status:**    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Administrative and Procedural Motions

3. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Filed: 12/4/14] (Docket No. 2)

    **Status:**    This matter is going forward.

4. Application of Debtors for Order Under 28 U.S.C. § 156(c) Authorizing and Approving the Retention of and Appointing Epiq Bankruptcy Solutions, LLC as Noticing, Claims and Balloting Agent [Filed: 12/4/14] (Docket No. 4)

    **Status:**    This matter is going forward.

### First Day Motions Pertaining to Operations and Related Issues

5. Motion of Debtors for Order Under 11 U.S.C. §§ 105, 345, 363, 503(b), 1107, and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions and Providing for Administrative Priority Status to Postpetition Intercompany Claims; and (V) Waiver of Section 345(b) Deposit and Investment Requirements [Filed: 12/4/14] (Docket No. 10)

    **Status:**    This matter is going forward.

6. Motion of the Debtors for Entry of an Order:(I) Authorizing the Debtors to (A) Pay Wages, Salaries, and Other Compensation, (B) Maintain Employee Medical and Similar Benefits, and (C) Pay Reimbursable Employee Expenses; and (II) Authorizing and Directing Banks and Other Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing [Filed: 12/4/14] (Docket No. 8)

    **Status:**    This matter is going forward.

7. Motion Of The Debtors For An Order (I) Authorizing The Debtors To Pay Prepetition Sales, Use And Similar Taxes And Regulatory Fees In The Ordinary Course Of Business And (II) Authorizing Banks And Financial Institutions To Honor And Process Checks And Transfers Related Thereto [Filed: 12/4/14] (Docket No. 5)

      **Status:**      This matter is going forward.

8. Debtors' Motion for an Order Authorizing, But Not Directing, Debtors to Pay Prepetition Claims of Shippers and Granting Related Relief [Filed: 12/4/14] (Docket No. 6)

      **Status:**      This matter is going forward.

9. Motion For Entry Of An Order Pursuant To Sections 105(a),363(c), 1107(a), And 1108 Of The Bankruptcy Code And Bankruptcy Rules 6003 And 6004 Authorizing The Debtors To Honor Prepetition Obligations To Customers And To Otherwise Continue Customer Practices And Programs In The Ordinary Course Of Business [Filed: 12/4/14] (Docket No. 7)

      **Status:**      This matter is going forward.

10. Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Filed: 12/4/14] (Docket No. 11)

      **Status:**      This matter is going forward with respect to an interim order.

**Debtor-in-Possession Financing Motion**

11. Debtors' Motion for Entry of Interim and Final Orders Authorizing Borrowing and the Use of Cash Collateral, Granting Liens and Providing Super-Priority Administrative Expense Status and Granting Adequate Protection Pursuant to Sections 363 and 364 of the Bankruptcy Code [Filed: 12/4/14] (Docket No. 9)

12. Declaration of Declaration of Timothy D. Boates in Support of: Debtors' Motion for Entry of Interim and Final Orders Authorizing Borrowing and the Use of Cash Collateral, Granting Liens and Providing Super-Priority Administrative Expense Status and Granting Adequate Protection Pursuant to Sections 363 and 364 of the Bankruptcy Code [Filed: 12/4/14] (Docket No. 12)

      **Status:**      This matter is going forward with respect to an interim order.

**Bidding Procedures Motion for Scheduling at First Day Hearing**

13. Debtors' Motion for Orders (I) (A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief [Filed: To be filed] (Docket No. To be determined)

    Related Document:

    A.  Motion to Shorten Notice and Request for Hearing with Respect to Debtors' Motion for Orders (I) (A) Authorizing Entry Into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief [Filed: To be filed] (Docket No. To be determined)

    **Status:**    The Debtors expect to file this motion before the scheduled first day hearing and expect to file a motion to shorten notice requesting that the Court set this matter for a hearing on bidding procedures.

*[The remainder of this page is intentionally left blank]*

| | |
|---|---|
| Dated: December 4, 2014 | PACHULSKI STANG ZIEHL & JONES LLP |
| | /s/ Peter J. Keane |
| | Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Joshua M. Fried (CA Bar No. 181541)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>Telephone: 302/652-4100<br>Facsimile:  302/652-4400<br>E-mail:    ljones@pszjlaw.com<br>              dbertenthal@pszjlaw.com<br>              jfried@pszjlaw.com<br>              pkeane@pszjlaw.com |
| | [Proposed] Counsel for the Debtors and Debtors in Possession |