# EXHIBIT F

**Cure Notice**

**See Exhibit 3 to the Proposed Bidding Procedures Order**