**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DEB STORES HOLDING LLC, *et al.,* | ) | Case No. 14-12676 (MFW) |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of **Capital Augusta Properties LLC**, and its managing agent, **W/S Development Associates LLC** and request that they be placed on the service list, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set forth below.

Dated:  December 8, 2014

/s/ Vanessa P. Moody
Douglas B. Rosner, Esq.
Vanessa P. Moody, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112
drosner@goulstonstorrs.com
vmoody@goulstonstorrs.com

8140398.1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DEB STORES HOLDING LLC, *et al.,* | ) | Case No. 14-12676 (MFW) |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Vanessa P. Moody, hereby certify that on this 8th day of December, 2014, I caused to be served a copy of the *Notice of Appearance and Demand for Service of Papers* on the parties set forth on the attached Service List via the Court's ECF system.

/s/ Vanessa P. Moody
Vanessa P. Moody, Esq.
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

8140398.1

Service List

**VIA ECF**

Lindsey F. Baker on behalf of Creditor Glimcher Properties Limited Partnership
lbaker@fbtlaw.com, cshallenberger@fbtlaw.com

Elizabeth Banda Calvo on behalf of Creditor City of Grapevine, Grapevine-Colleyville ISD, Crowley ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Dustin Parker Branch on behalf of Creditor Pacific Retail Partners
dustin.branch@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com

Mark D. Collins on behalf of Interested Party Ableco, L.L.C.
rbgroup@rlf.com

Richard T. Davis on behalf of Creditor The Marion Plaza, Inc. dba Eastwood Mall
rdavis@cafarocompany.com

David A. Fidler on behalf of Interested Party Ableco, L.L.C.
dfidler@ktbslaw.com

Ronald E Gold on behalf of Creditor Glimcher Properties Limited Partnership
rgold@fbtlaw.com

Laura Davis Jones on behalf of Debtor Deb Stores Holding LLC
ljones@pszjlaw.com, efile1@pszyjw.com

Peter J. Keane on behalf of Debtor Deb Stores Holding LLC
pkeane@pszjlaw.com

Mark S. Kenney on behalf of U.S. Trustee United States Trustee
mark.kenney@usdoj.gov

Julia Bettina Klein on behalf of Interested Party Rainbow Apparel Companies
klein@teamrosner.com

Robert L. LeHane on behalf of Creditor DDR Corp.
KDWBankruptcyDepartment@kelleydrye.com

Kristen N. Pate on behalf of Creditor GGP Limited Partnership
ggpbk@ggp.com, ggpbk@ggp.com;

David L. Pollack on behalf of Creditor Blue Grass Partnership, L.P.
pollack@ballardspahr.com, blunt@ballardspahr.com

8140398.1

Colin R. Robinson on behalf of Debtor Deb Stores Holding LLC
crobinson@pszjlaw.com

William A. Romanowicz on behalf of Interested Party Ableco, L.L.C.
Romanowicz@rlf.com, rbgroup@rlf.com

Teresa G Sadutto-Carley on behalf of Interested Party Rainbow Apparel Companies
tsadutto@platzerlaw.com, slydell@platzerlaw.com;splatzer@platzerlaw.com

Michael L. Tuchin on behalf of Interested Party Ableco, L.L.C.
mtuchin@ktbslaw.com

Ronald Mark Tucker on behalf of Creditor Simon Property Group Inc.
rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV