# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 14-12676 (MFW) |
| DEB STORES HOLDING LLC, et al., | Chapter 11 |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance in these proceedings as counsel of record for SFI Ford City-Chicago LLC and, pursuant to Bankruptcy Rules 2002, 9007 and 9010, hereby requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and other mailings and documents in this case from and after this date be delivered to the address listed below:

> Louis F. Solimine, Esq.
> THOMPSON HINE LLP
> Suite 1400
> 312 Walnut Street
> Cincinnati, Ohio  45202-4029
> (513) 352-6700
> (513) 241-4771 (fax)
> Louis.Solimine@Thompsonhine.com

Neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over the aforesaid party in interest or to waive:  (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or

discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the aforesaid party in interest is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments hereby are expressly reserved.

/s/ Louis F. Solimine
Louis F. Solimine
THOMPSON HINE LLP
Suite 1400
312 Walnut Street
Cincinnati, Ohio  45202-4029
(513) 352-6700
(513) 241-4771 (fax)
Louis.Solimine@Thompsonhine.com

*Attorneys for SFI Ford City-Chicago, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices was served this 11th day of December, 2014 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case:

/s/ Louis F. Solimine

804198.1