**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**DEB STORES HOLDING LLC**, *et al.*,<br>        **Debtors.** | ) Chapter 11<br>) Case No. 14-12676 (KG)<br>) (Jointly Administered)<br>) Re: Docket Nos. 11, 45, 158<br>) Obj. Deadline: 12/31/14, 4:00 p.m.<br>) Hearing Date: 1/7/15, 11:00 a.m. |

**JOINDER OF CERTAIN ADDITIONAL UTILITY COMPANIES
TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE
DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS
(A) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE
OF PAYMENT FOR FUTURE UTILITY SERVICES, (B) PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES,
(C) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING
ADEQUATE ASSURANCE REQUESTS, AND (D) GRANTING RELATED RELIEF**

The Cleveland Electric Illuminating Company ("CEI"), Ohio Edison Company ("OE"), Toledo Edison Company ("TE"), Metropolitan Edison Company ("Met Ed"), Pennsylvania Electric Company ("Penelec"), The Potomac Edison Company ("Potomac Edison") and West Penn Power Company ("West Penn") (collectively, the "Joinder Utilities"), by counsel, hereby join in the *Objection of Certain Utility Companies* (the "Objection") to the *Debtors' Motion For Entry of Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (B) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (C) Approving the Debtors' Proposed Procedures For*

ME1 19568109v.1

*Resolving Adequate Assurance Requests, and (D) Granting Related Relief* (the "Utility Motion"), and set forth the following:

### Introduction

The Joinder Utilities adopt and incorporate by reference herein the *Introduction* section set forth in the Objection.

### Facts

The Joinder Utilities adopt and incorporate by reference herein the *Facts* section set forth in the Objection.

### Facts Concerning the Utilities

1. The Joinder Utilities adopt and incorporate by reference herein the *Facts Concerning the Utilities* section set forth in the Objection.

2. In order to avoid the need to bring witnesses and have lengthy testimony regarding the Joinder Utilities' regulated billing cycles, the Joinder Utilities request that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of the Joinder Utilities' billing cycles. Pursuant to the foregoing request and based on the voluminous size of the applicable documents, the Joinder Utilities are providing the following web site links to their tariffs:

> CEI:
> https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html
>
> Potomac Edison:
> https://www.firstenergycorp.com/content/customer/customer_choice/maryland/maryland_tariffs.html
> OE:
> https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html

2

TE:
http://www.firstenergycorp.com/Residential_and_Business/Customer_Choice/Tariff_Information/Ohio_Tariffs.html
Penelec:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html
Met Ed:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html
West Penn:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

3. Subject to a reservation of the Joinder Utilities' rights to supplement its post-petition deposit request if additional accounts belonging to the Debtors are subsequently identified, the Joinder Utilities' estimated prepetition debt and post-petition deposit requests are as follows:

| **Utility** | **No. of Accts.** | **Est. Prepet. Debt** | **Dep. Request** |
| --- | --- | --- | --- |
| CEI | 5 | $12,522.78 | $16,292 (2-month) |
| OE | 4 | $8,086.51 | $9,736 (2-month) |
| TE | 1 | $2,477.51 | $2,808 (2-month) |
| Met Ed | 2 | $0 | $4,652 (2-month) |
| Penelec | 2 | $0 | $5,966 (2-month) |
| Potomac Edison | 1 | $0 | $1,362 (2-month) |
| West Penn | 2 | $0 | $3,664 (2-month) |

4. Met Ed held prepetition deposits that it recouped against prepetition debt pursuant to Section 366(c)(4) of the Bankruptcy Code resulting in a deposit credit of $1,092.75 that can be applied to Met Ed's post-petition deposit request.

3

ME1 19568109v.1

5. Penelec held prepetition deposits that it recouped against prepetition debt pursuant to Section 366(c)(4) of the Bankruptcy Code resulting in a deposit credit of $1,685.02 that can be applied to Penelec's post-petition deposit request.

6. Potomac Edison held a prepetition deposit that it recouped against prepetition debt pursuant to Section 366(c)(4) of the Bankruptcy Code resulting in a deposit credit of $1,494.18 that can be applied to Potomac Edison's post-petition deposit request.

7. West Penn held prepetition deposits that it recouped against prepetition debt pursuant to Section 366(c)(4) of the Bankruptcy Code resulting in a deposit credit of $806.74 that can be applied to West Penn's post-petition deposit request.

## Discussion

The Joinder Utilities incorporate and adopt by reference the legal and factual arguments set forth in the Objection.

ME1 19568109v.1

WHEREFORE, the Joinder Utilities respectfully request that this Court enter an order:

1. Denying the Utility Motion as to the Joinder Utilities;

2. Awarding the Joinder Utilities the post-petition adequate assurance of payment pursuant to Section 366 in the amount and form satisfactory to the Joinder Utilities; and

3. Providing such other and further relief as the Court deems just and appropriate.

Dated: December 18, 2014

**McCARTER & ENGLISH, LLP**

/s/ Kate R. Buck
William F. Taylor, Jr. (#2936)
Kate Roggio Buck (#5140)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com
kbuck@mccarter.com;

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russj4478@aol.com

*Counsel For The Cleveland Electric Illuminating Company, Ohio Edison Company, Toledo Edison Company, Metropolitan Edison Company, Pennsylvania Electric Company, The Potomac Edison Company and West Penn Power Company*

5