IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEB STORES HOLDING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-12676 (MFW)<br><br>(Joint Administered)<br><br>Related to D.I. 171 |

**JOINDER OF CAFARO MANAGEMENT COMPANY, OHIO VALLEY MALL COMPANY, THE MARION PLAZA, INC., SANDUSKY MALL COMPANY, GOVERNORS SQUARE MALL COMPANY, SPOTSYLVANIA MALL COMPANY, HUNTINGTON MALL COMPANY, FRENCHTOWN SQUARE PARTNERSHIP, AND KENNEDY MALL LTD TO REQUEST FOR ADEQUATE PROTECTION AND MOTION OF CERTAIN LANDLORDS PURSUANT TO SECTIONS 361, 363(E), 365(D)(3), 503(B)(1) AND 105(A) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER REQUIRING THE <u>DEBTORS TO IMMEDIATELY PAY DECEMBER STUB RENT</u>**

Comes now, Rachel B. Mersky, Esquire of Monzack Mersky McLaughlin and Browder, P.A as counsel for Cafaro Management Company, Ohio Valley Mall Company, The Marion Plaza, Inc., Sandusky Mall Company, Governor's Square Mall Company, Spotsylvania Mall Company, Huntington Mall Company, Frenchtown Square Partnership, Kennedy Mall LTD. (collectively "Cafaro Landlords") and files this Joinder (The "Joinder") and in furtherance thereof states as follows:

1. On December 5, 2014 (the "Petition Date") the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Cafaro Landlords are parties in interest as the Lessors of nine separate non residential real property leases located in shopping centers and leased by the Debtors identified as follows: Eastwood Mall, Governor's Square Mall, Huntington Mall, Kennedy Mall, Millcreek Mall, The Mall of Monroe, Ohio Valley Mall, Sandusky Mall and Spotsylvania Towne Centre.

3. On December 19, 2014, a number of the Debtors' Landlords filed an Adequate Protection Motion seeking immediate payment of stub rent for December 2014. Cafaro Landlords join in all of the requests made in the Landlord Adequate Protection Motion.

4. Cafaro Landlords identify the stub rent due and owing from the Petition Date as follows:

| Mall | Amount |
|---|---|
| Eastwood Mall | $ 12,996.08 |
| Governor's Square Mall | $ 13,645.01 |
| Huntington Mall | $ 14,846.53 |
| Kennedy Mall | $  9,390.23 |
| Millcreek Mall | $ 13,744.55 |
| The Mall of Monroe | $  1,334.66 |
| Ohio Valley Mall | $ 14,404.09 |
| Sandusky Mall | $ 11,227.50 |
| Spotsylvania Towne Centre | $ 15,878.70 |

**WHEREFORE,** THE Cafaro Landlords respectfully request that this Honorable Court

to grant the request for immediate payment of stub rent and for such other relief as is just and equitable.

Dated: December 29, 2014    **MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:   (302) 656-8162
Facsimile:    (302) 656-2769
Email:         rmersky@monlaw.com

**Attorneys for Cafaro Management Company, Ohio Valley Mall Company, Sandusky Mall Company, Governor's Square Mall Company, Spotsylvania Mall Company, Huntington Mall Company, Frenchtown Square Partnership, and Kennedy Mall LTD**