IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DEB STORES HOLDING LLC, et al.,[1] | ) | Case No. 14-12676 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS, AND FIXING OF CERTAIN DATES**

On December 4, 2014, the debtors and debtors in possession in the above-captioned cases (the "Debtors") filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532, (the "Bankruptcy Code"). The Debtors, and their addresses, case numbers and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Deb Stores Holding LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12676 (KG) | 90-0784407 |
| Deb Stores Holding II LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12677 (KG) | 90-0764455 |
| Deb Shops SDP Inc. | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12678 (KG) | 80-0754120 |
| Deb Shops SDIH Inc. | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12679 (KG) | 80-0754113 |
| Deb Shops SD Inc. | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12680 (KG) | 90-0758806 |
| Deb Shops SDE LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12681 (KG) | 80-0754077 |
| Deb Shops SDW LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12682 (KG) | 80-0744065 |
| Deb Shops SDE-Commerce LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12683 (KG) | 38-3850926 |
| Deb Shops SDFMC LLC | 9401 Blue Grass Road Philadelphia, PA 19114 | 14-12684 (KG) | 90-0758842 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. **January 22, 2015 at 1:00 p.m. prevailing Eastern time, J. Caleb Boggs Federal Courthouse, 844 King Street, Room 2112, Wilmington, Delaware 19801.**

DEADLINE TO FILE A PROOF OF CLAIM. Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE. None appointed to date.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Deb Stores Holding LLC (4407), Deb Stores Holding II LLC (4455), Deb Shops SDP Inc. (4120), Deb Shops SDIH Inc. (4113), Deb Shops SD Inc. (8806), Deb Shops SDE LLC (4077), Deb Shops SDW LLC (4065), Deb Shops SDE-Commerce LLC (0926), and Deb Shops SDFMC LLC (8842). The location of the Debtors' headquarters and the service address for each of the Debtors is 9401 Blue Grass Road, Philadelphia, PA 19114.

PROPOSED COUNSEL FOR THE DEBTORS:

> Laura Davis Jones (DE Bar No. 2436)
> David M. Bertenthal (CA Bar No. 167624)
> Joshua M. Fried (CA Bar No. 181541)
> Peter J. Keane (DE Bar No. 5503)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
> E-mail:   ljones@pszjlaw.com
>           dbertenthal@pszjlaw.com
>           jfried@pszjlaw.com
>           pkeane@pszjlaw.com

COMMENCEMENT OF CASE. Petitions have been filed by the Debtors, orders for relief have been entered and the cases are pending under chapter 11 of the Bankruptcy Code. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court. Such documents also may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan or in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their businesses unless and until a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms are also available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's website at www.deb.uscourts.gov.

Epiq Bankruptcy Solutions, LLC is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Epiq Bankruptcy Solutions, LLC can be reached through their web site specifically for these cases at http://www.epiq11.com/DBS, by telephone at (800) 794-4430, or by mail as follows:

**First Class Mail:**
Deb Stores Holding LLC Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5071
New York, NY 10150-5071

**Hand Delivery or Overnight Mail:**
Deb Stores Holding LLC Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:    /s/ David D. Bird                    Dated: December 30, 2014
                 Clerk, U.S. Bankruptcy Court