IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DEB STORES HOLDING LLC, *et al.*, | ) Case No. 14-12676 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Obj. Deadline: 12/31/14 by 5:00 p.m.** |
| | ) **Hearing Date: 1/7/15 at 11:00 a.m.** |

## OBJECTION OF INLAND AMERICAN RETAIL MANAGEMENT LLC TO DEBTORS' UNEXPIRED LEASE OR EXECUTORY CONTRACT ASSUMPTION AND CURE NOTICES

Inland American Retail Management LLC ("Inland"), as managing agent for IA Tulsa 71St, L.L.C.[1] and MB Lincoln Mall, L.L.C. (collectively, the "Landlords"), by and through its undersigned counsel, hereby objects to the above-captioned debtors' (the "Debtors") Unexpired Lease or Executory Contract Assumption and Cure Notices (collectively, the "Cure Notices"), and in support thereof, respectfully represents as follows:

1. On or about December 4, 2014 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Petition Date, each of the Landlords entered into leases of non-residential real property (the "Leases") with the Debtors for the Debtors' stores located at Tulsa Hills Shopping Center (Store No. 377) ("Tulsa Hills") and the Lincoln Mall (Store No. 31) ("Lincoln Mall", and collectively with Tulsa Hills, referred to hereinafter as the "Premises"). Inland is the managing agent of the Landlords for each of the Premises. Every month, under the

---

[1] Formerly known as Inland American Tulsa 71St, L.L.C.

Leases, the Debtors are required to pay Inland rent, charges for real estate taxes, common area maintenance charges, trash, electricity and related charges (collectively, the "Rent"). Prior to the Petition Date, the Debtors had not paid Inland for any of the November or December Rent, and had not paid certain trash and electricity charges due under the Leases and that related to periods earlier than November 2014.

3. On or about December 18, 2014, the Court entered an order that approved certain cure and sale procedures regarding the Debtors' proposed sale of their assets. Pursuant to the approved procedures, on or about December 24, 2014, the Debtors served the Cure Notices upon counsel to Inland. The Cure Notices state that the cure amount due for Tulsa Hills is $14,717.79, and that the cure amount due for Lincoln Mall is $11,337.88.

4. However, the Cure Notices are incorrect with respect to the known amounts that are due and unpaid under the Leases as of the date hereof. As of the date hereof, if the Leases were to be assumed and assigned to any party, the correct amount to cure all currently known defaults under the Leases, as required by section 365 of the Bankruptcy Code, should be listed as $28,312.95 for Tulsa Hills, and $21,712.16 for Lincoln Mall. These figures include all known and unpaid charges for Rent that became due prior to the Petition Date through the date hereof. The foregoing figures do NOT include amounts that are due to Inland under the Leases for, among other things, any and all attorneys' fees and expenses to which Inland may be entitled under the Leases, nor does it include any amounts for damage or repairs to which Inland may be entitled under the Leases, but which it currently cannot know, due to the Debtors' continued possession of the Premises.

WHEREFORE, for all of the foregoing reasons, with respect to cure issues only, Inland respectfully requests that the Court enter an order that overrules the Cure Notices and as of the date hereof, lists the correct cure amount for Tulsa Hills as $28,312.95, and for Lincoln Mall as $21,712.16, plus any and all additional amounts to which Inland may be entitled under the Leases, including, but not limited to, attorneys' fees and expenses, and that grants such other and further relief as is just and proper.

Dated: December 30, 2014

Karen C. Bifferato (No. 3279)
CONNOLLY GALLGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7000
kbifferato@connollygallagher.com

*Attorneys for Inland American Retail Management LLC*

05142979