# EXHIBIT A

## EXHIBIT A

## (Landlord Cure Claim)

| Invoice Date | Outstanding Charges | Amount |
|---|---|---|
| 3/28/2014 | CAM 2013 ADDITIONAL | 1,514.69 |
| 11/1/2014 | November Minimum Rent | 10,731.00 |
| 11/1/2014 | November CAM escrow | 1,953.00 |
| 11/1/2014 | November R.E Tax escrow | 1,223.04 |
| 12/1/2014 | December Minimum Rent | 10,731.00 |
| 12/1/2014 | December CAM escrow | 1,953.00 |
| 12/1/2014 | December R.E Tax escrow | 1,223.04 |
| **Total:** | | **29,328.77** |

{05143123.DOC.}    4