ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for NORTH RIVERSIDE PARK MALL
ASSOCIATES LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
**Fred B. Ringel**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11<br>Case No. 14-12676 (MFW)<br>[Jointly Administered] |
| **DEB STORES HOLDING LLC, et al** | |
| Debtors. | |

-------------------------------------------------------X

**OBJECTION OF NORTH RIVERSIDE PARK MALL ASSOCIATES TO DEBTORS ALLEGED CURE CLAIM**

TO THE HONORABLE KEVIN GROSS,
UNITED STATES BANKRUPTCY JUDGE:

North Riverside Park Mall Associates ("Landlord") by and through their undersigned counsel, hereby file this Objection (the "Objection") to the Debtors' alleged Cure Claim and hereby assert the following amounts as its cure claim for the store leased by the Debtors:

<u>Liquidated Claim of $39,052.72</u>

- November Rent - $17,171.68

- November Electric - $2,140.62

- November Rubbish Removal - $214.06

- December Rent - $17,171.68

- December Electric - $2,140.62

{00707879.DOC;1 }

- December Rubbish Removal - $214.06

**Unliquidated Claim**

- Legal fees

- Year-End true up expenses

- Clean-up costs

- Indemnification rights

**Reservation of Right to Amend/Indemnification**

Rent, attorneys' fees and other charges (including cleanup expenses incurred following the conclusion of the GOB Sales) continue to accrue.  Landlord reserves the right to amend and/or supplement its cure claim to reflect such additional amounts or to account for year-end adjustments that have not yet been billed or have not yet become due under the Lease through the date of the closing on any assignment of the Leases.  The Landlord requests that the Debtors, or their successors, be required to comply with all contractual obligations to indemnify and hold the Landlord harmless with respect to events that may have occurred pre- or post-petition but that are not now known to either the Landlord or the Debtors as of the date of the assignment including, without limitation, claims for personal injury that occurred at the Building, and presently unknown damage and/or destruction to the Building.

**Reservation of Rights Against Third Parties**

The Landlord reserves all rights against third parties, including under any guarantee of the Lease.

DATED:   New York, New York
              December 30, 2014

                                      ROBINSON BROG LEINWAND GREENE
                                      GENOVESE & GLUCK P.C.
                                      875 Third Avenue, 9th Floor
                                      New York, New York  10022
                                      (212) 603-6309

                                      By  /s/ Fred B. Ringel_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, postage pre-paid, and via e-mail on December 30, 2014 to:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tele: 302 652-4100
Fax : 302-652-4400
Email: ljones@pszjlaw.com
Counsel for the Debtor

                                                                       /s/ Fred B. Ringel
                                                                       Robinson Brog Leinwand Greene
                                                                       Genovese & Gluck, P.C.
                                                                       875 Third Avenue, 9th Floor
                                                                       New York, New York 10022