**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
DEB STORES HOLDING LLC, *et al.*,[1]                :        Case No.  14-12676 (MFW)
                                                    :
Debtors.                                            :        Jointly Administered
---------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned counsel hereby enters their appearance (the "Appearance") for BACM 2004-6 1475 Upper Valley Pike LLC ("BACM") and requests that BACM be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Tobey M. Daluz, Esquire | Demetra L. Liggins, Esquire |
| Leslie C. Heilman, Esquire | Thompson & Knight LLP |
| Ballard Spahr LLP | Three Allen Center |
| 919 North Market Street, 11th Floor | 333 Clay Street, Suite 3300 |
| Wilmington, Delaware 19801 | Houston, Texas  77002 |
| Telephone:  (302) 252-4465 | Telephone: (713) 951-5884 |
| Facsimile:  (302) 252-4466 | Facsimile: (832) 397-8052 |
| E-mail: daluzt@ballardspahr.com | Email: demetra.liggins@tklaw.com |
|           heilmanl@ballardspahr.com | |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are:  Deb Stores Holding LLC (4407), Deb Stores Holding II LLC (4755), Deb Shops SDP Inc. (4120), Deb Shops SDIH Inc. (4113), Deb Shops SD Inc. (8806), Deb Shops SDE LLC (4077), Deb Shops SDW LLC (4065), Deb Shops SDE-Commerce LLC (0926), and Deb Shops SDFMC LLC (8842).  The location of the Debtors' headquarters and the service address for each of the Debtors is 9401 Blue Grass Road, Philadelphia, PA  19114.

David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-8999
E-mail: pollack@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BACM's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BACM is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 30, 2014
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Tobey M. Daluz, Esquire (No. 3939)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  daluzt@ballardspahr.com
             heilmanl@ballardspahr.com

and

David L. Pollack, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-8999
E-mail: pollack@ballardspahr.com

and

Demetra L. Liggins, Esquire
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: (713) 951-5884
Facsimile: (832) 397-8052
Email: demetra.liggins@tklaw.com

*Attorneys for BACM 2004-6 1475 Upper Valley Pike LLC*