## Exhibit A

## Collection Workout for Legal
### Deb Shops - CPM(pre)
### 11/1/14 - 12/3/14

Lease Information: If payment not received when due:
Interest:        1.00% per month
Late Fee: >    0% or $0.00 per month

| Date | Monthly Charges | | | | Total Charges | Late Charges | | Total Amount Due |
| | BRT | CAM | INS | TAX | | Interest | Late Fee | |
|---|---|---|---|---|---|---|---|---|
| Nov-14 | 2,373.67 | 3,420.00 | 146.00 | 727.00 | 6,666.67 | 66.67 | 0.00 | 6,733.34 |
| Dec-14 | 229.71 | 330.97 | 14.13 | 70.35 | 645.16 | 73.12 | 0.00 | 7,451.62 |
| Total | $2,603.38 | $3,750.97 | $160.13 | $797.35 | $7,311.83 | $139.79 | $0.00 | $7,451.62 |

Total Charges:              $7,311.83
Interest & Late Fee:     $139.79
Total Due:                     $7,451.62

# Collection Workout for Legal
## Deb Shops - CPM(post)
### 12/4/14 - 12/31/14

Lease Information: If payment not received when due:
Interest:        1.00% per month
Late Fee: >       0% or $0.00 per month

| Date | Monthly Charges | | | | Total Charges | Late Charges | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | BRT | CAM | INS | TAX | | Interest | Late Fee | Total Amount Due |
| Dec-14 | 2,143.96 | 3,089.03 | 131.87 | 656.65 | 6,021.51 | 60.22 | 0.00 | 6,081.72 |
| Total | $2,143.96 | $3,089.03 | $131.87 | $656.65 | $6,021.51 | $60.22 | $0.00 | $6,081.72 |

Total Charges:          $6,021.51
Interest & Late Fee:    $60.22
Total Due:              $6,081.72

## Collection Workout for Legal
### Deb Shops - DTN(pre)
### 5/25/12 - 12/31/14

Lease Information: If payment not received when due:
Interest:    1.00% per month
Late Fee: >    0% or $0.00 per month

| Date | Monthly Charges | | | | | | | | Late Charges | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | BRT | CAM | INS | TAX | CPY | IPY | TPY | Total Charges | Interest | Late Fee | Total Amount Due |
| May-12 | 0.00 | 0.00 | 0.00 | 0.00 | 112.83 | 5.37 | 79.50 | 197.70 | 1.98 | 0.00 | 199.68 |
| Mar-14 | 0.00 | 0.00 | (20.73) | 0.00 | 0.00 | 0.00 | 0.00 | (20.73) | 0.00 | 0.00 | 178.95 |
| Apr-14 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 172.04 |
| May-14 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | (13.82) | 0.00 | 0.00 | 158.22 |
| Jul-14 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 151.31 |
| Aug-14 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 144.40 |
| Sep-14 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 137.49 |
| Oct-14 | (6.91) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6.91) | 0.00 | 0.00 | 130.58 |
| Nov-14 | 3,518.04 | 7,045.16 | 276.47 | 4,188.47 | 0.00 | 0.00 | 0.00 | 15,028.14 | 151.57 | 0.00 | 15,310.28 |
| Dec-14 | 340.46 | 681.79 | 26.76 | 405.34 | 0.00 | 0.00 | 0.00 | 1,454.34 | 166.11 | 0.00 | 16,930.73 |
| Total | $3,823.95 | $7,726.95 | $275.59 | $4,593.81 | $112.83 | ($1.54) | $79.50 | $16,611.08 | $319.66 | $0.00 | $16,930.73 |

Total Charges:        $16,611.08
Interest & Late Fee:    $319.66
Total Due:        $16,930.73

**Collection Workout for Legal**
**Deb Shops - DTN(post)**
**12/4/14 - 12/31/14**

<u>Lease Information</u>: If payment not received when due:
Interest:          1.00% per month
Late Fee: >      0% or $0.00 per month

| Date | Monthly Charges | | | | | | | Total Charges | Late Charges | | Total Amount Due |
|------|------|------|------|------|------|------|------|------|------|------|------|
|  | BRT | CAM | INS | TAX | CPY | IPY | TPY |  | Interest | Late Fee |  |
| Dec-14 | 3,177.58 | 6,363.37 | 249.71 | 3,783.13 | 0.00 | 0.00 | 0.00 | 13,573.80 | 135.74 | 0.00 | 13,709.54 |
| Total | $3,177.58 | $6,363.37 | $249.71 | $3,783.13 | $0.00 | $0.00 | $0.00 | $13,573.80 | $135.74 | $0.00 | $13,709.54 |

Total Charges:              $13,573.80
Interest & Late Fee:         $135.74
Total Due:                   $13,709.54

**Collection Workout for Legal**
**Deb Shops - GCM(Pre)**
**11/1/14 - 12/1/14**

Lease Information: If payment not received when due:
Interest:          1.00% per month
Late Fee: >        0% or 0.00 per month

| | Monthly Charges | | | | Late Charges | | |
| Date | BRT | ELE | Total Charges | Interest | Late Fee | Total Amount Due |
|---|---|---|---|---|---|---|
| Nov-14 | 10,416.67 | 805.09 | 11,221.76 | 112.22 | 0.00 | 11,333.98 |
| Dec-14 | 1,008.06 | 0.00 | 1,008.06 | 122.30 | 0.00 | 12,464.34 |
| Total | $11,424.73 | $805.09 | $12,229.82 | $234.52 | $0.00 | $12,464.34 |

Total Charges:              $12,229.82
Interest & Late Fee:        $234.52
Total Due:                  $12,464.34

**Collection Workout for Legal**
**Deb Shops - GCM(Post)**
**12/4/14 - 12/31/14**

<u>Lease Information</u>: If payment not received when due:
Interest:          1.00% per month
Late Fee: >        0% or 0.00 per month

| | Monthly Charges | | | Late Charges | | |
|---|---|---|---|---|---|---|
| Date | BRT | ELE | Total Charges | Interest | Late Fee | Total Amount Due |
| Dec-14 | 9,408.61 | 0.00 | 9,408.61 | 94.09 | 0.00 | 9,502.69 |
| Total | $9,408.61 | $0.00 | $9,408.61 | $94.09 | $0.00 | $9,502.69 |

Total Charges:              $9,408.61
Interest & Late Fee:           $94.09
Total Due:                  $9,502.69

## Collection Workout for Legal
### Deb Shops - IMM(pre)
### 5/4/12 - 12/31/14

Lease Information: If payment not received when due:
Interest:        1.00% per month
Late Fee: >      0% or $0.00 per month

| Date | Monthly Charges | | | | | | | Late Charges | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CAM | INS | TAX | CPY | IPY | TPY | Total Charges | Interest | Late Fee | Total Amount Due |
| May-12 | 0.00 | 0.00 | 0.00 | 114.16 | 0.00 | 0.00 | 114.16 | 1.14 | 0.00 | 115.30 |
| May-14 | 0.00 | 0.00 | 0.00 | 0.00 | (3.55) | (23.02) | (26.57) | 0.00 | 0.00 | 88.73 |
| Oct-14 | (0.01) | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.73 |
| Nov-14 | 5,029.83 | 220.01 | 1,416.83 | 0.00 | 0.00 | 0.00 | 6,666.67 | 67.54 | 0.00 | 6,822.94 |
| Dec-14 | 486.76 | 21.29 | 137.11 | 0.00 | 0.00 | 0.00 | 645.16 | 73.99 | 0.00 | 7,542.10 |
| Total | $5,516.58 | $241.31 | $1,553.94 | $114.16 | ($3.55) | ($23.02) | $7,399.42 | $142.68 | $0.00 | $7,542.10 |

Total Charges:         $7,399.42
Interest & Late Fee:   $142.68
Total Due:             $7,542.10

# Collection Workout for Legal
## Deb Shops - IMM(pre)
### 12/4/12 - 12/31/14

Lease Information: If payment not received when due:
Interest:              1.00% per month
Late Fee: >           0% or $0.00 per month

| | Monthly Charges | | | | | | Late Charges | | | |
| Date | CAM | INS | TAX | CPY | IPY | TPY | Total Charges | Interest | Late Fee | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-14 | 4,543.07 | 198.72 | 1,279.72 | 0.00 | 0.00 | 0.00 | 6,021.51 | 60.22 | 0.00 | 6,081.72 |
| Total | $4,543.07 | $198.72 | $1,279.72 | $0.00 | $0.00 | $0.00 | $6,021.51 | $60.22 | $0.00 | $6,081.72 |

Total Charges:              $6,021.51
Interest & Late Fee:        $60.22
Total Due:                  $6,081.72

**Collection Workout for Legal**
**Deb Shops - NEW(pre)**
**11/1/14 - 12/31/14**

Lease Information: If payment not received when due:
Interest:              1.00% per month
Late Fee: >           0% or $0.00 per month

| Date | Monthly Charges | | | Total Charges | Late Charges | | Total Amount Due |
| | CAM | INS | TAX | | Interest | Late Fee | |
|---|---|---|---|---|---|---|---|
| Nov-14 | 2,474.33 | 375.83 | 1,816.51 | 4,666.67 | 46.67 | 0.00 | 4,713.34 |
| Dec-14 | 239.45 | 36.37 | 175.79 | 451.61 | 51.18 | 0.00 | 5,216.13 |
| Total | $2,713.78 | $412.20 | $1,992.30 | $5,118.28 | $97.85 | $0.00 | $5,216.13 |

Total Charges:              $5,118.28
Interest & Late Fee:         $97.85
Total Due:                   $5,216.13

# Collection Workout for Legal
## Deb Shops - NEW(post)
### 12/4/14 - 12/31/14

Lease Information: If payment not received when due:
Interest:              1.00% per month
Late Fee: >            0% or $0.00 per month

| | Monthly Charges | | | | Total Charges | Late Charges | | |
|---|---|---|---|---|---|---|---|---|
| Date | CAM | INS | TAX | | Total Charges | Interest | Late Fee | Total Amount Due |
| Dec-14 | 2,234.88 | 339.46 | 1,640.72 | | 4,215.06 | 42.15 | 0.00 | 4,257.21 |
| Total | $2,234.88 | $339.46 | $1,640.72 | | $4,215.06 | $42.15 | $0.00 | $4,257.21 |

Total Charges:            $4,215.06
Interest & Late Fee:         $42.15
Total Due:                $4,257.21

**Collection Wo**
**Deb Shops**
**10/28/11**

Lease Information: If payment not received when due:
Interest:              1.00% per month
Late Fee: >            0% or $0.00 per month

| | | | Monthly Charges | | | |
|---|---|---|---|---|---|---|
| Date | CAM | CPY | ELE | HEN | HPY | OPT |
| Oct-11 | 0.00 | 0.00 | (461.51) | 0.00 | 0.00 | 0.00 |
| Nov-14 | 0.00 | 0.00 | (645.50) | 0.00 | 0.00 | 0.00 |
| May-12 | 0.00 | 484.42 | 0.00 | 0.00 | 0.00 | 325.90 |
| May-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jul-14 | 0.00 | 0.00 | 764.62 | 0.00 | 0.00 | 0.00 |
| Aug-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-14 | 3,338.16 | 0.00 | 670.64 | 2,040.19 | 0.00 | 11,335.33 |
| Dec-14 | 323.05 | 0.00 | 0.00 | 197.44 | 0.00 | 1,096.97 |
| Total | $3,661.21 | $484.42 | $328.25 | $2,237.63 | $0.00 | $12,758.20 |

Total Charges:          $77,530.65
Interest & Late Fee:     $4,236.17
Total Due:              $81,766.82

**rkout for Legal**
  **- NOR(pre)**
 **· 12/31/14**

| | | | | | Late Charges | |
|---|---|---|---|---|---|---|
| PRF | TAX | TPY | Total Charges | Interest | Late Fee | Total Amount Due |
| | | | | | | |
| 0.00 | 0.00 | 0.00 | (461.51) | (4.62) | 0.00 | (466.13) |
| 0.00 | 0.00 | 0.00 | (645.50) | (11.07) | 0.00 | (1,122.70) |
| 0.00 | 0.00 | 661.65 | 1,471.97 | 3.65 | 0.00 | 352.92 |
| 0.00 | 0.00 | 36,531.68 | 36,531.68 | 368.97 | 0.00 | 37,253.57 |
| 0.00 | 3,159.04 | 0.00 | 3,159.04 | 400.56 | 0.00 | 40,813.17 |
| 0.00 | 3,159.04 | 0.00 | 3,923.66 | 439.79 | 0.00 | 45,176.62 |
| 0.00 | 3,159.04 | 0.00 | 3,159.04 | 471.38 | 0.00 | 48,807.04 |
| 0.00 | 3,159.04 | 0.00 | 3,159.04 | 502.97 | 0.00 | 52,469.06 |
| 0.00 | 3,159.04 | 0.00 | 3,159.04 | 534.56 | 0.00 | 56,162.66 |
| 278.25 | 4,346.60 | 0.00 | 22,009.17 | 754.66 | 0.00 | 78,926.49 |
| 26.93 | 420.64 | 0.00 | 2,065.02 | 775.31 | 0.00 | 81,766.82 |
| | | | | | | |
| $305.18 | $20,562.44 | $37,193.33 | $77,530.65 | $4,236.17 | $0.00 | $81,766.82 |
| | | | | | | |

**Collection W**
**Deb Shop**
**12/4/14**

Lease Information: If payment not received when due:
Interest:              1.00% per month
Late Fee: >              0% or $0.00 per month

| | | | Monthly Charges | | | |
|---|---|---|---|---|---|---|
| Date | CAM | CPY | ELE | HEN | HPY | OPT |
| Dec-14 | 3,015.11 | 0.00 | 0.00 | 1,842.75 | 0.00 | 10,238.36 |
| Total | $3,015.11 | $0.00 | $0.00 | $1,842.75 | $0.00 | $10,238.36 |

Total Charges:          $19,273.51
Interest & Late Fee:      $192.74
Total Due:              $19,466.25

orkout for Legal
s - NOR(post)
- 12/31/14

| PRF | TAX | TPY | Late Charges | | | |
| | | | Total Charges | Interest | Late Fee | Total Amount Due |
|---|---|---|---|---|---|---|
| 251.32 | 3,925.96 | 0.00 | 19,273.51 | 192.74 | 0.00 | 19,466.25 |
| $251.32 | $3,925.96 | $0.00 | $19,273.51 | $192.74 | $0.00 | $19,466.25 |

# Collection Workout for Legal
## Deb Shops - OCJ(pre)
### 12/1/11 - 12/31/14

<u>Lease Information</u>: If payment not received when due:
Interest:              1.00%
Late Fee: >            0%

| Monthly Charges | | Late Charges | | | |
|---|---|---|---|---|---|
| Date | Base Rent | Total Charges | Interest | Late Fee | Total Amount Due |
| Dec-11 | 0.01 | 0.01 | 0.00 | 0.00 | 0.01 |
| Jan-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.02 |
| Feb-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.03 |
| Mar-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.04 |
| Apr-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.05 |
| May-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.06 |
| Jun-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.07 |
| Jul-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.08 |
| Aug-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.09 |
| Sep-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.11 |
| Oct-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.12 |
| Nov-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.13 |
| Dec-12 | 0.01 | 0.01 | 0.00 | 0.00 | 0.14 |
| Jan-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.15 |
| Feb-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.16 |
| Mar-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.17 |
| Apr-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.19 |
| May-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.20 |
| Jun-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.21 |
| Jul-13 | 0.01 | 0.01 | 0.00 | 0.00 | 0.22 |
| Nov-14 | 17,166.66 | 17,166.66 | 171.67 | 0.00 | 17,338.55 |
| Dec-14 | 1,661.29 | 1,661.29 | 188.28 | 0.00 | 19,188.12 |
| Total | $18,828.15 | $18,828.15 | $359.97 | $0.00 | $19,188.12 |

Total Charges:       $18,828.15
Interest & Late Fee: <u>$359.97</u>
Total Due:           $19,188.12

**Collection Workout for Legal**
**Deb Shops - OCJ(post)**
**12/4/11 - 12/31/14**

Lease Information: If payment not received when due:
Interest:          1.00%
Late Fee: >        0%

| | Monthly Charges | | Late Charges | | |
| Date | Base Rent | Total Charges | Interest | Late Fee | Total Amount Due |
|---|---|---|---|---|---|
| Dec-14 | 15,505.37 | 15,505.37 | 155.05 | 0.00 | 15,660.42 |
| Total | $15,505.37 | $15,505.37 | $155.05 | $0.00 | $15,660.42 |

Total Charges:            $15,505.37
Interest & Late Fee:      $155.05
Total Due:                $15,660.42

## Collection Workout for Legal
### Deb Shops - OCS(pre)
### 11/1/14 - 12/31/14

Lease Information: If payment not received when due:
Interest:          1.00%
Late Fee: >         0%

| Monthly Charges | | Total Charges | Late Charges | | Total Amount |
| Date | OPT | Charges | Interest | Late Fee | Due |
|---|---|---|---|---|---|
| Nov-14 | 12,516.58 | 12,516.58 | 125.17 | 0.00 | 12,641.75 |
| Dec-14 | 1,211.28 | 1,211.28 | 137.28 | 0.00 | 13,990.31 |
| *Total* | *$13,727.86* | *$13,727.86* | *$262.44* | *$0.00* | *$13,990.31* |

Total Charges:              $13,990.31
Interest & Late Fee:          $262.44
Total Due:                 $14,252.75

## Collection Workout for Legal
## Deb Shops - OCS(post)
### 12/4/14 - 12/31/14

Lease Information: If payment not received when due:
Interest:        1.00%
Late Fee: >       0%

| Monthly Charges | | | Late Charges | | | |
|---|---|---|---|---|---|---|
| Date | OPT | Total Charges | Interest | Late Fee | Total Amount Due | |
| Dec-14 | 11,305.30 | 11,305.30 | 113.05 | 0.00 | 11,418.35 | |
| Total | $11,305.30 | $11,305.30 | $113.05 | $0.00 | $11,418.35 | |

Total Charges:            $11,418.35
Interest & Late Fee:        $113.05
Total Due:               $11,531.40

## Collection Workout for Legal
### Deb Shops - RVM(pre)
### 3/1/14 - 12/31/14

Lease Information: If payment not received when due:
Interest:            1.00% per month
Late Fee: >          0% or $0.00 per month

| Date | BRT | CAM | INS | PRF | TAX | Total Charges | Interest | Late Fee | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | Monthly Charges | | | | | Late Charges | |
| Mar-14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 | 0.01 |
| Nov-14 | 609.45 | 3,863.92 | 48.54 | 451.44 | 1,276.65 | 6,250.00 | 62.50 | 0.00 | 6,312.51 |
| Dec-14 | 58.98 | 373.93 | 4.70 | 43.69 | 123.55 | 604.84 | 68.55 | 0.00 | 6,985.90 |
| Total | $668.43 | $4,237.85 | $53.24 | $495.13 | $1,400.21 | $6,854.85 | $131.05 | $0.00 | $6,985.90 |

Total Charges:            $6,854.85
Interest & Late Fee:        $131.05
Total Due:                $6,985.90

**Collection Workout for Legal**
**Deb Shops - RVM(post)**
**12/4/14 - 12/31/14**

Lease Information: If payment not received when due:
Interest:           1.00% per month
Late Fee: >         0% or $0.00 per month

| Date | BRT | CAM | INS | PRF | TAX | Total Charges | Interest | Late Fee | Total Amount Due |
|------|-----|-----|-----|-----|-----|---------------|----------|----------|------------------|
| | | | Monthly Charges | | | | | Late Charges | |
| Dec-14 | 550.47 | 3,489.99 | 43.84 | 407.75 | 1,153.10 | 5,645.16 | 56.45 | 0.00 | 5,701.61 |
| Total | $550.47 | $3,489.99 | $43.84 | $407.75 | $1,153.10 | $5,645.16 | $56.45 | $0.00 | $5,701.61 |

Total Charges:          $5,645.16
Interest & Late Fee:    $56.45
Total Due:              $5,701.61