# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DEB STORES HOLDING LLC, et al., | : | Case No. 14-12676 |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Objection Deadline:  December 31, 2014 5:00 p.m. |
| | : | Hearing Date:  Jan. 7, 2015 9:00 a.m. |
| | : | |
| | : | Related to Docket No. 37, 159 |

## LIMITED OBJECTION OF CBL & ASSOCIATES MANAGEMENT, INC. TO PROPOSED CURE AMOUNTS

CBL & Associates Management, Inc. ("CBL"), through counsel, and as managing agent for the owners of the properties identified herein, hereby files this limited objection (the "Limited Objection") regarding the Debtors' proposed cure amounts, and respectfully represents as follows:

1. Deb Stores Holdings LLC and its affiliated co-debtors (the "Debtors") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on December 4, 2014 (the "Petition Date").

2. The Debtors have continued to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.[1]

3. On December 5, 2014, the Debtors filed a Motion for Orders (I)(A) Authorizing Entry into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing (A) Sale of Assets and (B) Store Closing Sales and (III) Granting Related Relief [Docket # 37].

---

[1] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy

4.      On December 18, 2014, this Court entered its Order (I)(A) Authorizing Entry into Agency Agreement, (B) Authorizing Bidding Protections, (C) Authorizing Bidding Procedures and Auction and (D) Scheduling Sale Hearing and Approving Notice Thereof and (II) Granting Related Relief [Docket No. 159].

5.      CBL is the managing agent for the owners of twenty-eight (28) properties related to which the Debtors have provided CBL Unexpired Lease or Executory Contract Assumption and Cure Notices (collectively, the "CBL Leases").[2]

6.      CBL objects to the cure amounts proposed for the CBL Leases.

7.      With respect to the following fourteen (14) properties, the proposed cure amounts are understated as of December 31, 2014 as indicated:

| Property Name | Property Location | Proposed Cure Amount (Not Including Post-Petition Rent) | Actual Cure Amount[3] |
|---|---|---|---|
| Berkshire Mall | Lanesborough, MA | $6,966.33 | $24,565.89 |
| Eastland Mall | Bloomington, IL | $12,984.23 | $23,877.12 |
| Fashion Square | Saginaw, MI | $13,270.51 | $27,224.28 |
| Frontier Mall | Cheyenne, WY | $7,169.70 | $13,472.57 |
| Hanes Mall | Winston-Salem, NC | $4,102.09 | $6,739.20 |
| Hanover Mall | Hanover, MA | $8,682.80 | $39,166.62 |
| Meridian Mall | Lansing, MI | $10,208.41 | $20,140.45 |
| Midland Mall | Midland, MI | $4,569.90 | $12,334.26 |
| Monroeville Mall | Pittsburgh, PA | $12,784.82 | $23,513.52 |
| Northwoods Mall | Charleston, SC | $15,309.00 | $28,270.43 |
| Regency Mall | Racine, WI | $5,483.87 | $10,824.53 |
| South County Mall | St. Louis, MO | $11,909.14 | $21,916.66 |

---

Code").

[2] CBL is also the managing agent for the owners of Green Tree Mall in Clarksville, Indiana, but that property is not addressed herein.

[3] The cure amounts specified in this chart do not reflect any amounts that will become due or be invoiced on or after December 31, 2014 or attorney fees and costs, and CBL reserves all of its rights with respect thereto. CBL further avers that additional amounts, not yet known, may be due with regard to calendar year 2014, such as year-end adjustments to various items including, but not limited to, real estate taxes, common area maintenance, percentage rent and insurance. CBL further reserves all rights with respect thereto.

| | | | |
|---|---|---|---|
| Stroud Mall | Stroudsburg, PA | $10,190.47 | $18,682.62 |
| Wausau Center | Wausau, WI | $8,382.15 | $16,302.86 |

8. With respect to the following fourteen (14) properties, CBL does not presently dispute the noticed cure amounts, but as to all the CBL Leases, CBL reserves its right to any amounts that will become due or be invoiced on or after December 31, 2014 (including but not limited to additional amounts, not yet known, with regard to calendar year 2014, such as year-end adjustments to various items including, but not limited to, real estate taxes, common area maintenance, percentage rent and insurance), and attorney fees and costs:

| Property Name | Property Location |
|---|---|
| Burnsville Center | Burnsville, MN |
| Chapel Hills | Colorado Springs, CO |
| Cherryvale Mall | Rockford, IL |
| East Towne Mall | Madison, WI |
| Eastgate Mall | Cincinnati, OH |
| Fayette Mall | Lexington, KY |
| Honey Creek | Terre Haute, IN |
| Kirkwood Mall | Bismarck, ND |
| Mid Rivers Mall | St. Peters, MO |
| Northpark Mall | Joplin, MO |
| Oak Park Mall | Overland Park, KS |
| St. Clair Square Mall | Fairview Heights, IL |
| Walnut Square | Dalton, GA |
| York Galleria Mall | York, PA |

## **LIMITED OBJECTION**

9. True and correct Lease Summaries supporting the actual cure amounts contained in chart 1 are attached hereto and incorporated herein collectively as **Exhibit A**.

10. CBL objects to the assumption of the CBL Leases absent payment of all cure amounts owed thereunder through the effective date of assumption, including any amounts that will become due or be invoiced on or after December 31, 2014 (including but not limited to additional amounts, not yet known, with regard to calendar year 2014, such as year-end

adjustments to various items including, but not limited to, real estate taxes, common area maintenance, percentage rent and insurance), and attorney fees and costs.

11. Section 365(b) provides in pertinent part as follows:

(b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—
 (A) cures, or provides adequate assurance that the trustee will promptly cure, such default…;
 (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
 (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

12. Section 365(b)(1) includes compensation to landlords for sums incurred for attorney fees and expenses. The CBL Leases provide for recovery of attorney fees and expenses.

13. In addition to the foregoing, CBL further joins in the objections filed by Debtors' other landlords to the extent that such objections are not inconsistent with the relief requested in this Limited Objection.

## RESERVATION OF RIGHTS

14. CBL hereby reserves its rights to make such other and further objections as may be appropriate, including, but not limited to, objections regarding adequate assurance of future performance under Section 365.

## CONCLUSION

For the reasons set forth above, CBL respectfully requests that this Court (a) sustain this Limited Objection; (b) require that any order authorizing the assumption of the CBL Leases affirmatively require the Debtors to pay all amounts owing thereunder through the effective date

of any assumption, including attorney fees and expenses; and (c) grant CBL such further relief as it deems proper.

Dated: December 31, 2014
Wilmington, Delaware

                         **MCCARTER & ENGLISH, LLP**
                         /s/ *William F. Taylor, Jr.*
                         William F. Taylor, Jr. (DE # 2936)
                         Kate R. Buck (DE # 5140)
                         Renaissance Center, 8th Floor
                         405 North King Street
                         Wilmington, DE  19801
                         Telephone:  (302) 984-6300
                         Facsimile:   (302) 984-6399
                         Email:  wtaylor@mccarter.com
                         Email: kbuck@mccarter.com

                         *Attorneys for CBL & Associates Management, Inc.*

ME1 19614412v.1