# EXHIBIT "A"

| Tenant: | | 762250 | Deb Shops | | | | |
|---|---|---|---|---|---|---|---|
| Number | Code | Lease | Typ | St | Date | Open Amount | |
| RN | CAM | 746911 | PL | A | 6/28/2005 | 4,083.50 | |
| RN | PPO | 746911 | PL | A | 4/29/2013 | 682.60 | |
| RN | PPO | 746911 | PL | A | 5/15/2013 | 669.02 | |
| RN | ELE | 746911 | PL | A | 5/31/2013 | 650.77 | |
| RN | STD | 746911 | PL | A | 5/31/2013 | 39.05 | |
| RN | BPL | 746911 | PL | A | 7/15/2013 | 0.01 | |
| RN | BPL | 746911 | PL | A | 9/6/2013 | 0.01 | |
| RN | ELE | 746911 | PL | A | 10/18/2013 | 64.95 | |
| RN | STP | 746911 | PL | A | 10/18/2013 | 3.90 | |
| RN | BPL | 746911 | PL | A | 10/18/2013 | 0.01 | |
| RN | ELE | 746911 | PL | A | 11/1/2013 | 424.15 | |
| RN | STP | 746911 | PL | A | 11/1/2013 | 25.45 | |
| RN | ELE | 746911 | PL | A | 11/21/2013 | 1,230.00 | |
| RN | STP | 746911 | PL | A | 11/21/2013 | 73.80 | |
| RN | ELE | 746911 | PL | A | 12/1/2013 | 412.55 | |
| RN | STP | 746911 | PL | A | 12/1/2013 | 24.75 | |
| RU | PPO | 746911 | PL | A | 12/13/2013 | (260.46) | |
| RN | ELE | 746911 | PL | A | 1/1/2014 | 470.93 | |
| RN | STP | 746911 | PL | A | 1/1/2014 | 28.25 | |
| RN | ELE | 746911 | PL | A | 3/27/2014 | 471.48 | |
| RN | STP | 746911 | PL | A | 3/27/2014 | 28.28 | |
| RN | ELE | 746911 | PL | A | 4/30/2014 | 412.55 | |
| RN | STD | 746911 | PL | A | 4/30/2014 | 24.75 | |
| RN | ELE | 746911 | PL | A | 5/30/2014 | 442.02 | |
| RN | STD | 746911 | PL | A | 5/30/2014 | 26.52 | |
| RN | ELE | 746911 | PL | A | 10/30/2014 | 846.75 | |
| RN | STD | 746911 | PL | A | 10/30/2014 | 50.81 | |
| RD | TRS | 746911 | PL | A | 11/1/2014 | 293.33 | |
| RN | BPL | 746911 | PL | A | 11/1/2014 | 866.29 | |
| RN | ELE | 746911 | PL | A | 11/30/2014 | 802.28 | |
| RN | STD | 746911 | PL | A | 11/30/2014 | 48.14 | |
| RD | TRS | 746911 | PL | A | 12/1/2014 | 28.39 | Total trash charge of 293.33 prorated for 12/1-12/3 |

| | | | | |
|---|---|---|---|---|
| BPL | 12/4/2014 | 139.35 | *Estimated 3% Percent in Lieu for 12/14 Sales (estimated sales of 48,000) prorated for 12/1-12/3 |
| ELE | 12/4/2014 | 965.52 | *Estimated Utilities charges & related sales tax for 12/14 (prorated 11/11-12/3) |
| STD | 12/4/2014 | 57.93 | |
| BPL | 12/24/2014 | 917.95 | *3% Percent In Lieu for 11/14 Sales, not yet billed to tenant account |

**Total Prepetition Balance**     15,045.58

| | |
|---|---|
| BPL | Base Percent in Lieu |
| TRS | Trash |
| ELE | Electric |
| STD/STP | Sales Tax |
| CAM | Common Area Maintenance |

| Tenant: | | 762250 | Deb Shops | | | | Open Amount | |
|---|---|---|---|---|---|---|---|---|
| Number | Code | Lease | Typ | | St | Date | | |
| RD | TRS | 746911 | PL | | A | 12/1/2014 | 264.94 | Total trash charge of 293.33 prorated for 12/4-12/31 |
| | BPL | | | | | 1/1/2015 | 1,300.65 | *Estimated 3% Percent in Lieu for 12/14 Sales (estimated sales of 48,000) prorated for 12/4-12/31 |
| | ELE | | | | | 12/31/2014 | 434.48 | *Estimated Utilities charges & related sales tax for 12/14 (prorated 12/4-12/31) |
| | STD | | | | | 12/31/2014 | 26.07 | *Estimated Utilities charges & related sales tax for 12/14 (prorated 12/4-12/31) |

**Total Postpetition and estimated 1/15 charges**     2,026.14

| | |
|---|---|
| BPL | Base Percent in Lieu |
| TRS | Trash |
| ELE | Electric |
| STD/STP | Sales Tax |
| CAM | Common Area Maintenance |