IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEB STORES HOLDING LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14–12676 (KG)<br>Jointly Administered<br><br>Re: D.I. 159 |

**OBJECTION OF GGP LIMITED PARTNERSHIP, DDR CORP.,
GREGORY GREENFIELD & ASSOCIATES, LTD., JONES LANG LASALLE
AMERICAS, INC., AND ROUSE PROPERTIES, INC. TO DEBTORS' UNEXPIRED
LEASE OR EXECUTORY CONTRACT ASSUMPTION AND CURE NOTICE**

GGP Limited Partnership, DDR Corp., Gregory Greenfield & Associates, Ltd., Jones Lang LaSalle Americas, Inc., and Rouse Properties, Inc. (collectively, the "Landlords"), hereby object (the "Objection") to the Debtors' *Unexpired Lease or Executory Contract Assumption and Cure Notices* (the "Cure Notices"). In support of the Objection, the Landlords respectfully state as follows:

**PRELIMINARY STATEMENT**

1. The Landlords dispute the proposed cure amounts (the Proposed Cure Amounts") for the leased premises owned by the Landlords (the "Leased Premises"). The Landlords object to the inaccurate and inadequate amounts listed on the Cure Notices that were served on the Landlords. Attached to this Objection as Exhibit A, the Landlords include revised cure amounts (the "Revised Cure Amounts") that reflect the outstanding payment defaults on the

---

[1] The above-captioned debtors in these proceedings (collectively, the "Debtors") (including the last four digits of their respective taxpayer identification numbers) are: Deb Stores Holding LLC (4407), Deb Stores Holding II LLC (4455), Deb Shops SDP Inc. (4120), Deb Shops SDIH Inc. (4113), Deb Shops SD Inc. (8806), Deb Shops SDE LLC (4077), Deb Shops SDW LLC (4065), Deb Shops SDE (4077), Deb Shops SDW LLC (4065), Deb Shops SDE-Commerce LLC (0926), and Deb Shops SDFMC LLC (8842). The Debtors' corporate headquarters is located at 9401 Blue Grass Road, Philadelphia, PA 19114.

leases between the Landlords and the Debtors (the "Leases"). [2]

## BACKGROUND

2. The Landlords are the owners or managing agents for the owners of numerous shopping centers located throughout the United States. The Debtors lease retail space from the Landlords pursuant to the Leases for the stores identified in Exhibit A. All or substantially all the Leased Premises are located in shopping centers as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

3. The Debtors' first day motions included, among other pleadings, a procedures and sale motion (D.I. 37) (the "Sale Motion") seeking establishment of bidding procedures for the sale of the Debtors' assets and assignment of unexpired leases to the winner of the Debtors' auction (the "Successful Bidder"). On December 18, 2014, the Court entered an order (D.I. 159) (the "Sale Order") approving the Sale Motion and authorizing the Debtors to move forward with efforts to find buyers for the unexpired leases

4. Attached to the Sale Motion and the Sale Order as Exhibit 3, the Cure Notice provided the language of the notice sent to landlords and other counterparties to the Debtors. In the notices served on the Landlords, the cure amounts failed to provide accurate accounts of the outstanding debt owed to the Landlords.[3]

## CURE OBJECTION

5. The Landlords dispute the Debtors' Proposed Cure Amounts, which the

---

[2] In certain instances, the amounts reflected on Exhibit A are estimates which may change based on information not currently available. The Landlords reserve their rights to amend and supplement the amounts set forth on Exhibit A.

Landlords have included for reference on Exhibit A in the column entitled "Debtors' Proposed Cure Amounts."  The correct cure amounts for the Leases as of the date of the filing of this Objection are set forth on Exhibit A in the column entitled "Landlords' Revised Cure Amounts," which amounts include an estimate of attorneys' fees incurred to date.  The Landlords reserve their rights to amend the cure claims to include attorneys' fees which continue to accrue and any other obligations that arise and/or become known to the Landlords prior to assumption and assignment of the Leases.

6. Pursuant to the Leases, the Debtors are obligated to pay regular installments of fixed monthly rent, as well as a pro rata share of common area maintenance costs, real estate taxes, and insurance.  In addition, prior to assumption and assignment of the Leases, the Debtors are required by section 365(b)(1) of the Bankruptcy Code, to cure all outstanding defaults under the Leases and compensate the Landlords for any actual pecuniary loss, including the payment of related attorneys' fees.  See 11 U.S.C. §365(b)(1)(B).  Attorneys' fees due under the Leases are compensable.  *See LJC Corp. v. Boyle*, 768 F.2d 1489, 1494-96 (D.C. Cir. 1985); *In re Bullock*, 17 B.R. 438, 439 (B.A.P. 9th Cir. 1982); *In re BAB Enterprises, Inc.*, 100 B.R. 982, 984 (Bankr. W.D. Tenn. 1989); *In re Westview 74th St. Drug Corp.*, 59 B.R. 747, 757 (Bankr. S.D.N.Y. 1986); *In re Ribs of Greenwich Vill., Inc.*, 57 B.R. 319, 322 (Bankr. S.D.N.Y. 1986).  Accordingly, as part of their pecuniary losses, the Landlords are entitled to attorneys' fees in connection with the Debtors' obligation to cure all monetary defaults under the Leases.

7. To the extent that rent, attorneys' fees, interest, and/or other charges continue to accrue, and/or the Landlords suffer other pecuniary losses with respect to the Leases,

---

(…continued)
[3]   It appears the Debtors did not file their cure notice as required by paragraph 10 of the Sale order.

the Landlords hereby reserve the right to amend the Revised Cure Amounts to reflect such additional amounts or to account for year-end adjustments, including without limitation, adjustments for 2014 and 2015 (the "Adjustment Amounts"), which have not yet been billed or have not yet become due under the terms of the Leases. The Debtors or the Successful Bidder must be responsible to satisfy the Adjustment Amounts, if any, when due in accordance with the terms of the Leases, regardless of when such Adjustment Amounts were incurred.

8. Finally, the Landlords request that the Successful Bidder be required to comply with all contractual obligations to indemnify and hold the Landlords harmless with regard to events which may have occurred before assumption and assignment but which were not known to either the Landlords or the Debtors as of the date of the assumption and assignment, including, but not limited to, claims for personal injury that occurred at the Leased Premises, damage and destruction to the Leased Premises or property by the Debtors or its agents, and environmental damage or environmental clean-up.

**OBJECTION TO ASSUMPTION AND ASSIGNMENT
OF ANY LEASES ON JANUARY 7, 2014 AND RESERVATION OF RIGHTS**

9. The Landlords have receive no adequate assurance information for any proposed assignee of any of the Leases. As such, the Landlords have been unable to evaluate any such bidders, and their ability to provide adequate assurance of future performance under their Leases. As such, to provide the Landlords with due process, the Landlords request that any initial hearing to approve a bidder for any of the Leases be only a status conference to implement a reasonable discovery and objection schedule to resolve any objections to the proposed assumption and assignment of any of the Leases. The Landlords further resolve all rights to amend and/or supplement this objection to include additional or further objections to the Sale Motion.

## CONCLUSION

WHEREFORE, the Landlords request the entry of an order requiring the Debtors to pay the "Landlords' Revised Cure Amounts" set forth on <u>Exhibit A</u>, delaying any hearing on the proposed assumption and assignment of any of the Leases, and granting such other and further relief as this Court deems just and proper.

Dated: January 2, 2014
      New York, New York

                KELLEY DRYE & WARREN LLP

                By:  */s/ Gilbert R. Saydah Jr.*
                      James S. Carr
                      Robert L. LeHane
                      Gilbert R. Saydah Jr. (DE Bar No. 4304)
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897

Attorneys for GGP Limited Partnership,
DDR Corp., Gregory Greenfield & Associates, Ltd.,
Jones Lang LaSalle Americas, Inc.,
and Rouse Properties, Inc.

# EXHIBIT A

# REVISED CURE AMOUNTS

| GGP Limited Partnership | | | |
|---|---|---|---|
| **Mall Name** | **Landlord** | **Debtors' Cure Amount** | **Landlords' Revised Cure Amount** |
| Boise Towne Square | Boise Mall, LLC | $10,439.10 | $23,381.32 |
| Brass Mill Center | Brass Mill Center LLC | $10,779.04 | $28,667.44 |
| Carolina Place | | $17,253.08 | $17,574.49 |
| Columbia Mall MO | Columbia Mall L.L.C. | $15,552.78 | $29,360.96 |
| Crossroads Center MN | St. Cloud Mall L.L.C. | $17,950.15 | $33,732.62 |
| Deerbrook Mall | GGP-Deerbrook LP | $973.06 | $11,055.00 |
| Eastridge Mall WY | PDC-Eastridge Mall L.L.C. | $8,845.67 | $17,130.54 |
| Florence Mall | Florence Mall, LLC | $11,166.18 | $16,225.07 |
| Four Seasons Town Centre | GGP-Four Seasons L.L.C. | $14,419.74 | $15,419.74 |
| Fox River Mall | Fox River Shopping Center, LLC | $21,622.48 | $40,490.53 |
| Glenbrook Square | GGP Glenbrook, LLC | $22,896.32 | $48,711.99 |
| Hulen Mall | Hulen Mall, LLC | $1,477.04 | $16,262.76 |
| Neshaminy Mall | Neshaminy Mall Joint Venture Limited Partnership | $7,333.77 | $14,194.98 |
| Newgate Mall | GGP-Newgate Mall, LLC | $9,145.48 | $17,677.06 |
| NorthTown Mall | North Town Mall, LLC | $11,469.79 | $21,915.50 |
| Oak View Mall | Oak View Mall L.L.C. | $4,935.52 | $10,000.00 |
| Oakwood Mall WI | Oakwood Hills Mall Partners LLP | $4,951.58 | $7,190.14 |
| Park City Center | Park City Center Business Trust | $13,106.90 | $24,900.82 |
| Provo Towne Centre | Provo Mall, LLC | $5,663.86 | $7,346.75 |

| Quail Springs Mall | Quail Springs Mall LLC | | $1,306.41 |
| --- | --- | --- | --- |
| Red Cliffs Mall | PDC Red Cliffs Mall, LLC | $10,241.82 | $16,824.52 |
| River Hills Mall | River Hills Mall, LLC | $10,733.85 | $20,573.50 |
| Rivertown Crossings | GGP-Grandville L.L.C. | $21,520.40 | $35,998.66 |
| Rogue Valley Mall | GGP Rogue Valley Mall | $7,311.83 | $14,333.34 |
| Southwest Plaza | Southwest Plaza L.L.C. | | $1,000.00 |
| Spokane Valley Mall | Spokane Mall LLC | $4,880.41 | $5,930.40 |
| The Crossroads MI | Kalamazoo Mall L.L.C. | $18,375.33 | $34,507.96 |
| Westroads Mall | Westroads Mall L.L.C. | $15,080.65 | $27,500.00 |
| White Marsh Mall | White Marsh Phase II Associates | $22,084.77 | $37,287.50 |
| Woodbridge Center | Woodbridge Center Property, LLC | $0.00 | $27,365.41 |
| | | | |
| **Gregory Greenfield & Associates** | | | |
| | | | |
| **Mall Name** | **Landlord** | **Debtors' Cure Amount** | **Landlords' Revised Cure Amount** |
| Killeen Mall | Killeen Mall, LLC | $6,931.22 | $8,431.22 |
| Central Mall | Forth Smith Mall LLC | $12,500 | $14,000 |
| Salem Center | Salem Center, LLC | $22,322.76 | $23,822.76 |
| Westgate Mall | Amarillo Mall LLC | $15,771.17 | $17,271.17 |
| | | | |

| **DDR Corp.** | | | |
|---|---|---|---|
| **Mall Name** | **Landlord** | **Debtors' Cure Amount** | **Landlords' Revised Cure Amount** |
| Glen Ridge Square I | GS II Green Ridge LLC | $11,153.94 | $23,804.28 |
| Springfield Commons | DDRM Springfield Commons LLC | $13,596.47 | $26,494.14 |
| Riverdale Village | DDR Riverdale Village Innger Ring LLC | $16,325.80 | $31,270.58 |
| Fairlane Green | BRE DDR Retail Holdings III | $14,672.65 | $28,256.00 |
| Waterside Marketplace | BRE DDR Retail Holdings III | $13,042.84 | $25,284.00 |
| White Oak Village | BRE DDR Retail Holdings III | | $11,762.40 |
| | | | |
| **Rouse Properties** | | | |
| **Mall Name** | **Landlord** | **Debtors' Cure Amount** | **Landlords' Revised Cure Amount** |
| Animas Valley Mall | Animas Valley Mall, LLC | $13,144.44 | $26,734.24 |
| Sikes Center | Sikes Center, LLC | $803.26 | $10,568.25 |
| Birchwood Mall | Birchwood Mal Partners, LLC | $14,665.18 | $29,984.97 |
| Colony Square | Colony Square Mall L.L.C. | $5,204.56 | $19,160.62 |
| Grand Traverse | Grand Traverse Michigan LP | $16,861.49 | $33,386.70 |
| Lansing Mall | Lansing Mall LLC | $6,397.85 | $14,469.13 |
| Salsbury Mall | | $1,108.76 | $12,918.10 |
| Spring Hill Mall | Spring Hill Mall LLC | $7,489.49 | $15,167.30 |
| | | | |
| | | | |
| **Jones Lang LaSalle** | | | |
| **Mall Name** | **Landlord** | **Debtors' Cure Amount** | **Landlords' Revised Cure Amount** |
| Townmall of Westminster | Cranberry Mall Properties LLC | $3,473.12 | $7,833.34 |