**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | § |
| | § |
| DEB STORES HOLDING LLC , ET AL., | § CASE NO. 14-12676 |
| | § (Jointly Administered) |
| DEBTORS. | § CHAPTER 11 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002 AND 9010**

      Weingarten Realty Investors (Landlord), a creditor and party-in-interest herein, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> Weingarten Realty Investors
> 2600 Citadel Plaza Drive, Suite 125
> Houston, TX  77008
> Attention:  Jenny J. Hyun, Esq.
> Telephone:  713-866-6057
> Facsimile:  713-880-6146
> Email:  bankruptcycases@weingarten.com

      This request encompasses all notices, pleadings and papers filed in this case or referred to in Title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules including, without limitation, claim deadlines, motions and notices of hearing.

      Debtor is the tenant under a lease contract for nonresidential real property between Debtor and Landlord.  The address of the leased premises is 4521 Outer Loop Dr., Louisville KY 40219.

DATED:  January 04, 2015

      Respectfully submitted,

      WEINGARTEN REALTY INVESTORS
      For Weingarten Realty Investors

By:  /s/ *Lisa Seabron Williams*
      Lisa Seabron Williams
      Legal Administrator - Litigation
      2600 Citadel Plaza, Suite 125
      Houston, Texas 77008
      Telephone: (713) 866-6028
      Facsimile: (713) 880-6146
      Email: lwilliams@weingarten.com