IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**DEB STORES HOLDING LLC,** *et al.*, Debtors.

Chapter 11

Case No. 14-12676 (KG)

(Jointly Administered)

Ref. Docket No. 37

## Exhibit A - Assumed Contracts

| Store No. | Counterparty/Notice Party & Address | Contract Description | Nov Due | Dec 1st - 3rd Rent | Dec 4th - 31st Rent | Cure Payment |
|---|---|---|---|---|---|---|
| 283 | MID-AMERICA MGMT<br>C/O MID-AMERICA MNGMNT CORP<br>3333 RICHMOND RD. STE#350<br>BEACHWOOD, OH 44122 | Real Property Lease (Location: Miami Valley Ctr) | $3,341.43 | $323.22 | $3,016.74 | $3,341.43 Counterparty Objects this Cure Payment |

### Deb Shops, Inc. @ Miami Valley Centre Mall - Piqua, OH

|  |  | Amount Due as of 12/5/14 | Amount Paid since 12/5/14 | Balance Due as of 12/30/14 |  |
|---|---|---|---|---|---|
| 11/01/14 | Utilities 9/22/14-10/21/14 | $ 552.57 |  | $ 552.57 |  |
| 11/01/14 | Common Area Maintenance | $ 996.84 |  | $ 996.84 |  |
| 11/01/14 | Trash Compactor Fee | $ 50.00 |  | $ 50.00 |  |
| 11/01/14 | Sprinkler Fee | $ 74.76 |  | $ 74.76 |  |
| 11/11/14 | Percentage Rent 10/14 | $ 2,219.83 |  | $ 2,219.83 |  |
| 12/01/14 | Utilities 10/21/14-11/21/14 | $ 590.03 |  | $ 590.03 |  |
| 12/01/14 | Common Area Maintenance | $ 996.84 |  | $ 996.84 |  |
| 12/01/14 | Trash Compactor Fee | $ 50.00 |  | $ 50.00 |  |
| 12/01/14 | Sprinkler Fee | $ 74.76 |  | $ 74.76 |  |
| 12/05/14 | Percentage Rent 11/14 | $ 2,218.36 | $ (2,218.36) | $ - |  |
|  |  | $ 7,823.99 | $ (2,218.36) | $ 5,605.63 * | ⬅ Amount of Cure Claim |

*See the attached account summary

```
Occupant:  Deb Shops, Inc.                                    From 11/1/2014 to 12/30/2014

Master Occupant ID                          Balance Forward:         0.00
Address Id:                                 Charges (Debit):     7,823.99
Building ID         0911                    Receipts (Credit):  -2,218.36
Lease ID            000171                  Prepaid:                 0.00
Income Category:    All                     Net                  5,605.63
Receipt Type Id     All                     Security Deposit         0.00
Receipt Descriptor  All

Cat  Date        BatchID   BldgId  Lease ID  Src  Description                 Charges (Debit)  Receipts (Credit)  Rcpt Rcpt Desc    Balance    Invc
CAM  11/1/2014   HO036486  0911    000171    CH   AUTOCHRG @T11/30/2014               996.84              0.00                       996.84
CMP  11/1/2014   HO036486  0911    000171    CH   AUTOCHRG @T11/30/2014                50.00              0.00                     1,046.84
SPR  11/1/2014   HO036486  0911    000171    CH   AUTOCHRG @T11/30/2014                74.76              0.00                     1,121.60
UTL  11/1/2014   HO036525  0911    000171    CH   Utilities 9/22/14-10/21/14          552.57              0.00                     1,674.17
PER  11/11/2014  HO036583  0911    000171    CH   Percentage Rent 10/14             2,219.83              0.00                     3,894.00
CAM  12/1/2014   HO036624  0911    000171    CH   AUTOCHRG @T12/31/2014               996.84              0.00                     4,890.84
CMP  12/1/2014   HO036624  0911    000171    CH   AUTOCHRG @T12/31/2014                50.00              0.00                     4,940.84
SPR  12/1/2014   HO036624  0911    000171    CH   AUTOCHRG @T12/31/2014                74.76              0.00                     5,015.60
UTL  12/1/2014   HO036682  0911    000171    CH   Utilities 10/21/14-11/21/14         590.03              0.00                     5,605.63
PER  12/5/2014   HO036704  0911    000171    CH   Percentage Rent 11/14             2,218.36              0.00                     7,823.99
PER  12/29/2014  HO036737  0911    000171    CR   Receipt                               0.00         -2,218.36  CHK  516           5,605.63
                                                                                 =============    =============
                                                                                      7,823.99         -2,218.36
```