**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:** ) | |
| ) | **CHAPTER 11** |
| **Deb Stores Holding LLC, et al.,** ) | |
| ) | **Case No. 14-12676-KG** |
| ) | |
| ) | |
| **Debtors.** ) | |
| ) | |

**LIMITED OBJECTION OF SIMON PROPERTY GROUP, INC. TO UNEXPIRED LEASE OR EXECUTORY CONTRACT ASSUMPTION AND CURE NOTICE**

Comes now, Simon Property Group, Inc. and its related entities as Simon and/or managing agent ("Simon"), through Bankruptcy Counsel, Ronald M. Tucker, and hereby files this objection (the "Objection") to Proposed Cure Amounts and Proposed Procedures for the Rejection of Executory Contracts and Unexpired Leases reflected in Exhibit "A," and respectfully represent as follows:

**BACKGROUND FACTS**

1. DEB STORES HOLDING LLC, et al. and it affiliated co-debtors (collectively, the "Debtors"), filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on December 4, 2014. The Debtors have continued to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2. The Debtors lease space (the "Premises") from Simon pursuant to unexpired leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases") at the shopping center locations (the "Centers") set forth in Exhibit "A" hereto.

3. Each Lease is a "lease of real property in a shopping center" as that term is used in Section 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-1087 (3d Cir. 1990).

4. On December 24, 2014, the Debtors, through its Noticing Coordinator, Epiq Bankruptcy Solutions, LLC filed an Affidavit of Service indicating service of the Unexpired Lease or Executory Contract Assumption and Cure Notice under the Procedures Order ("Cure Notice"). Per the Cure Notice, the Debtors indicated the contracts and leases to be assumed and assigned and the corresponding cure costs associated with each. The amounts set forth in this Cure Notice do not reflect all outstanding balances owing to Simon under the Leases, and the proposed cure amounts do not include accrued but unbilled charges which may be due in the future under the Leases.

## BASIS FOR RELIEF REQUESTED

5. The cure amounts set forth by the Debtors must be modified to reflect the additional charges owing, as well as modified to recognize the liability for accruing charges due under the Leases, as set forth herein. In addition, the Debtors should provide that all undisputed cure amounts will be paid upon assumption and assignment of the Lease, and should establish a procedure to quickly resolve any disputed cure amounts that the Debtors and Simon cannot resolve informally.

6. In addition to the current outstanding rent and other monthly charges due under the Leases, in determining what must be paid as cure pursuant to Section 365(b), the charges referenced below must also be taken into consideration and paid by the Debtors (or assignee), either as cure or when properly billed under the Leases.

7. In addition to rent and related monthly charges, attorneys' fees, costs, and interest, some charges for which the Debtors bear responsibility under the Leases have not yet been reconciled and/or adjusted from pre-petition (or even post-petition) periods. Simon objects in part to the assumption and assignment of the Leases specifically to the omission of any language obligating the buyer to take the unexpired leases subject to charges accrued as of this date, but not yet billed, including, but not limited to, common area maintenance, real estate taxes, overage rent, percent rent, and utilities.

8. Nevertheless, the Debtors continue to be responsible for all such accrued and accruing charges under the Leases, and must pay such charges as and when they come due under the Leases. The Debtors must take the Leases subject to their terms, as well as pay all obligations owing under such Lease, including obligations that have accrued but may not yet have been billed under such Lease. Any final order approving the assumption (or assignment) of the Leases should clearly state that the Debtors (or assignee) will assume all lease obligations and pay them when due, regardless of whether they relate to the period before or after plan confirmation. In addition, any provision in an order that purports to provide a release of further liability based upon a payment of cure amounts should specify that such release does not apply to the obligation to pay accrued, but unbilled, charges that come due under the Leases.

9. Attorneys' fees and costs are also proper components of a cure claim, and the Debtors must satisfy these lease charges as part of the assumption of the Leases. Attorneys' fees and costs incurred in enforcement of the covenants, obligations, and conditions of a lease must be paid as a condition of the assumption of the Leases. Entertainment, Inc., 223 B.R. at 152 (citation omitted). There is no logical distinction for purposes of Section 365 between attorneys' fees incurred in connection with pre-petition defaults and fees incurred with post-petition defaults. Id. 154. The fact that a Simon uses bankruptcy procedures to enforce a lease should not preclude recovery of attorneys' fees and costs for such enforcement activity (particularly where the Bankruptcy Court is the exclusive forum where Simon can obtain any relief, being foreclosed from state court relief by the automatic stay). Id., see also, In re Crown Books Corporation, 269 B.R. 12 (Bankr. D. Del. 2001) (Simons' fees and costs are recoverable as a component of cure under 11 U.S.C. § 365(b)(1)); Urban Retail Properties v. Loews Cineplex Entertainment Corporation, et al., 2002 WL 5355479 (S.D.N.Y. Apr. 9, 2002) (where lease "provides for recovery of attorneys' fees and interest, their receipt deserves the same priority under Section 365(d)(3) as any of the debtors' other obligations that arise post petition ... .");

10. The cure amounts set forth herein represent only the known current amounts due under the Leases. Simon is reserving the right to amend the cure amounts as necessary to include any additional or presently unknown charges for any reason, including but not limited to subsequent rent defaults, attorney fees, costs, interest, and year-end adjustments and reconciliations.

11. Lastly, because of the delay in the holiday postal schedule, Simon did not actually receive and review the schedules with the actual cure amounts until today, January 5, 2014.

**RESERVATION OF RIGHTS**

12. Simon hereby reserves its rights to make such other and further objections as may be appropriate.

**RELIEF REQUESTED**

For the reasons set forth above, Simon respectfully requests that any assumption of a Simon Lease be conditioned upon payment of the respective cure amounts described herein, and that the Court grant Simon such further relief as the Court deems proper.

Dated:  January 5, 2015

Respectfully submitted,

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address:  rtucker@simon.com

Exhibit "A"

| Property ID | Property Name | Cure Amount through 12/31/14 | Legal fees | Total Cure through 12/31/14 |
|---|---|---|---|---|
| 0302 | Battlefield Mall | $23,787.54 | $1,000.00 | $24,787.54 |
| 0508l | St. Charles Towne Center | $23,945.26 | $1,000.00 | $24,945.26 |
| 0732 | Miller Hill Mall | $14,375.00 | $1,000.00 | $15,375.00 |
| 1118 | Forest Mall | $7,132.05 | $1,000.00 | $8,132.05 |
| 1325 | Greenwood Park Mall | $15,459.81 | $1,000.00 | $16,459.81 |
| 1704 | Independence Center | $20,228.48 | $1,000.00 | $21,228.48 |
| 1711 | Ingram Park Mall | $15,977.79 | $1,000.00 | $16,977.79 |
| 2105 | Towne East Square | $14,166.67 | $1,000.00 | $15,166.67 |
| 2307 | Tippecanoe Mall | $12,307.28 | $1,000.00 | $13,307.28 |
| 2743 | Northwoods Mall | $13,422.13 | $1,000.00 | $14,422.13 |
| 3917 | West Ridge Mall | $16,760.66 | $1,000.00 | $17,760.66 |
| 3920 | Towne West Square | $9,583.33 | $1,000.00 | $10,583.33 |
| 4536 | White Oaks Mall | $10,196.25 | $1,000.00 | $11,196.25 |
| 4671 | River Oaks Center | $37,421.14 | $1,000.00 | $38,421.14 |
| 4770 | Lindale Mall | $10,319.32 | $1,000.00 | $11,319.32 |
| 4778 | Southern Hills Mall | $14,491.34 | $1,000.00 | $15,491.34 |
| 4779 | Mesa Mall | $9,449.21 | $1,000.00 | $10,449.21 |
| 4780 | Rushmore Mall | $33,020.66 | $1,000.00 | $34,020.66 |
| 4781 | Empire Mall | $18,179.07 | $1,000.00 | $19,179.07 |
| 4820 | Town Center at Aurora | $19,054.34 | $1,000.00 | $20,054.34 |
| 4835 | Rockaway Townsquare | $16,296.58 | $1,000.00 | $17,296.58 |
| 4915 | Apple Blossom Mall | $24,170.06 | $1,000.00 | $25,170.06 |
| 4920 | Emerald Square | $30,183.38 | $1,000.00 | $31,183.38 |
| 4921 | Greendale Mall | $18,287.81 | $1,000.00 | $19,287.81 |
| 4925 | Square One Mall | $35,211.02 | $1,000.00 | $36,211.02 |
| 4926 | Mall at Rockingham Park | $36,099.00 | $1,000.00 | $37,099.00 |
| 5204 | Colorado Mills | $14,137.47 | $1,000.00 | $15,137.47 |
| 5211 | Grapevine Mills | $12,636.18 | $1,000.00 | $13,636.18 |
| 5216 | Gurnee Mills | $26,928.12 | $1,000.00 | $27,928.12 |
| 5249 | Galleria at White | $33,158.34 | $1,000.00 | $34,158.34 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Plains |  |  |  |
| **5260** | Southridge Mall | $29,988.21 | $1,000.00 | $30,988.21 |
| **5262** | The Mall at Tuttle Crossing | $37,350.12 | $1,000.00 | $38,350.12 |
| **7602** | Maplewood Mall | $10,341.87 | $1,000.00 | $11,341.87 |
| **7604** | Pheasant Lane Mall | $13,105.46 | $1,000.00 | $14,105.46 |
| **7700** | Bangor Mall | $45,380.30 | $1,000.00 | $46,380.30 |
| **7707** | Oxford Valley Mall | $25,914.47 | $1,000.00 | $26,914.47 |
| **7711** | Lehigh Valley Mall | $101,594.96 | $1,000.00 | $102,594.96 |
| **7712** | Lehigh Valley Electric | $5,982.09 | $0.00 | $5,982.09 |
| **7961** | Birch Run Premium Outlets | $10,357.90 | $1,000.00 | $11,357.90 |
| **8099** | Bay Park Square | $15,418.75 | $1,000.00 | $16,418.75 |
| **8250** | Chautauqua Mall | $9,666.06 | $1,000.00 | $10,666.06 |
| **8675** | Great Lakes Mall | $20,726.46 | $1,000.00 | $21,726.46 |
| **8700** | Castleton Square | $41,346.59 | $1,000.00 | $42,346.59 |
| **9075** | Lima Mall | $14,901.21 | $1,000.00 | $15,901.21 |
| **9710** | University Park Mall | $11,213.06 | $1,000.00 | $12,213.06 |
| **9805** | West Town Mall | $12,701.83 | $1,000.00 | $13,701.83 |
|  | TOTALS: | $992,374.63 | $45,000.00 | $1,037,374.63 |