# EXHIBIT 1

# STATEMENT

| | |
|---|---|
| Date – | 01/05/2015 |
| Account – | 257762 |
| Statement No – | 1707426 |
| Page – | 1 |

**Make Check Payable To:**

MERIDEN SQUARE PARTNERSHIP
PO BOX 54731
Los Angeles CA 90074-4731

**From:**

MERIDEN
BANK OF AMERICA
FILE# 54731
LOS ANGELES CA 90074-4731

**Billing Address:**

Deb Of Conneticut, Inc.
9401 Bluegrass Rd.
Philadelphia PA 19114

**Tenant:**

Deb Of Conneticut, Inc.
9401 Bluegrass Rd.
Philadelphia PA 19114

Amount Remitted: _____

Remit top portion with payment.

## DETAIL CHARGE

**Meriden**    Unit:   **1016**    Lease   **00045892**    DBA:  **Deb of Connecticut, Inc.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 06/01/2006 | | Balance Forward | | | .00 | |
| 11/01/2014 | 11/01/2014 | Enclosed Mall HVAC - Fixed | 740.22 | | 740.22 | |
| 11/01/2014 | 11/01/2014 | Fire Detection System - Fixed | 30.00 | | 30.00 | |
| 11/01/2014 | 11/01/2014 | Real Estate Taxes - Esc Jan 3% | 5,390.32 | | 5,390.32 | |
| 11/01/2014 | 11/01/2014 | Water - Fixed | 35.00 | | 35.00 | |
| 11/13/2014 | 11/23/2014 | Late Charge | 619.55 | | 619.55 | |
| 12/01/2014 | 12/01/2014 | Water - Fixed | 35.00 | | 35.00 | |
| 12/01/2014 | 12/01/2014 | Fire Detection System - Fixed | 30.00 | | 30.00 | |
| 12/01/2014 | 12/01/2014 | Enclosed Mall HVAC - Fixed | 740.22 | | 740.22 | |
| 12/01/2014 | 12/01/2014 | Real Estate Taxes - Esc Jan 3% | 5,390.32 | | 5,390.32 | |
| 01/01/2015 | 01/01/2015 | Water - Fixed | 35.00 | | 35.00 | |
| 01/01/2015 | 01/01/2015 | Fire Detection System - Fixed | 30.00 | | 30.00 | |
| 01/01/2015 | 01/01/2015 | Real Estate Taxes - Es JAN 3% | 5,552.03 | | 5,552.03 | |
| 01/01/2015 | 01/01/2015 | Enclosed Mall HVAC - Fixed | 740.22 | | 740.22 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 06/01/2006 | .00 |
| Plus Charges From | 06/01/2006 | 19,367.88 |
| Less Payments / Credits From | 06/01/2006 | .00 |
| **AMOUNT DUE:** | | **19,367.88** |

## ACCOUNT AGING

| Current | 31 - 60 | 61 - 90 | Over 90 | | |
|---|---|---|---|---|---|
| 6,357.25 | 6,815.09 | 6,195.54 | | | |

# STATEMENT

| | |
|---|---|
| Date - | 01/05/2015 |
| Account - | 301853 |
| Statement No - | 1707427 |
| Page - | 1 |

**Make Check Payable To:**

FOX VALLEY MALL LLC
99029 COLLECTION CENTER DR
CHICAGO IL 60693

**From:**

FOX VALLEY
2049 CENTURY PARK EAST
41ST FLOOR
CENTURY CITY CA 90067

**Billing Address:**

Deb Shops SDW, LLC
9401 Blue Grass Rd
Philadelphia PA 19114

**Tenant:**

Deb Shops SDW, LLC
9401 Blue Grass Rd
Philadelphia PA 19114

Amount Remitted: _____

Remit top portion with payment.

## DETAIL CHARGE

**Fox Valley**        Unit: **D018**        Lease   00080533        DBA: **Deb Shops of Illinois, Inc.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 06/01/2006 | 01/01/2015 | Balance Forward | | | .00 | |
| 08/06/2010 | 08/06/2010 | DEB SHOPS INC | | (17,533.26) | (101.06) | 81424 |
| 11/05/2010 | 11/05/2010 | DEB SHOPS INC | | (26,310.35) | (511.30) | 87813 |
| 12/20/2010 | 12/20/2010 | DEB SHOPS INC | | (19,610.28) | (95.14) | 89802 |
| 06/01/2006 | 12/20/2010 | Balance Forward | | | .00 | |
| 11/13/2014 | 11/23/2014 | Late Charge | 2,060.94 | (1,939.33) | 121.61 | 265998-2 |
| 12/01/2014 | 12/01/2014 | Small Shop | 640.50 | | 640.50 | |
| 12/01/2014 | 12/01/2014 | Property Tax | 5,059.95 | | 5,059.95 | |
| 12/01/2014 | 12/01/2014 | Fire Detection System | 30.00 | | 30.00 | |
| 12/01/2014 | 12/01/2014 | Common Area Maint Esc -5% Jan | 11,637.89 | | 11,637.89 | |
| 12/01/2014 | 12/01/2014 | Central Plant | 2,408.28 | | 2,408.28 | |
| 12/01/2014 | 12/01/2014 | Promotional Charge -5% Jan | 832.65 | | 832.65 | |
| 01/01/2015 | 01/01/2015 | Central Plant | 2,485.54 | | 2,485.54 | |
| 01/01/2015 | 01/01/2015 | Fire Detection System | 35.00 | | 35.00 | |
| 01/01/2015 | 01/01/2015 | Promotional Charge -5% JAN 5% | 874.28 | | 874.28 | |
| 01/01/2015 | 01/01/2015 | Common Area Maint Esc JAN 5% | 12,219.78 | | 12,219.78 | |
| 01/01/2015 | 01/01/2015 | Small Shop | 640.50 | | 640.50 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 06/01/2006 | .00 |
| Plus Charges From | 06/01/2006 | 38,925.31 |
| Less Payments / Credits From | 06/01/2006 | (2,646.83) |
| **AMOUNT DUE:** | | **36,278.48** |

## ACCOUNT AGING

| Current | 31 - 60 | 61 - 90 | Over 90 | | |
|---|---|---|---|---|---|
| 16,255.10 | 20,730.88 | | 707.50- | | |

# STATEMENT

| | |
|---|---|
| Date - | 01/05/2015 |
| Account - | 353612 |
| Statement No - | 1707428 |
| Page - | 1 |

**Make Check Payable To:**

WHEATON PLAZA REGIONAL SHOPPING CTR LLP
PO BOX 55275
Los Angeles CA 90074-5275

**From:**

WHEATON
BANK OF AMERICA
FILE# 55275
LOS ANGELES CA 90074-5275

**Billing Address:**

Deb Shops of Maryland, Inc.
9401 Blue Grass Road
Philadelphia PA 19114

**Tenant:**

Deb Shops of Maryland, Inc.
9401 Blue Grass Road
Philadelphia PA 19114

Amount Remitted: _____

Remit top portion with payment.

## DETAIL CHARGE

Wheaton         Unit: **C4A**        Lease    **00118729**        DBA: **Deb Shops Of Maryland, Inc.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 06/01/2006 | 01/01/2015 | Balance Forward | | | .00 | |
| 07/01/2013 | 07/01/2013 | Minimum Rent - Gross | 17,166.67 | (16,083.00) | 1,083.67 | 239841 |
| 07/01/2013 | 07/01/2013 | Property Tax | 1,980.16 | (1,432.43) | 547.73 | 238047 |
| 11/01/2014 | 11/01/2014 | Minimum Rent - Gross | 17,166.67 | | 17,166.67 | |
| 11/01/2014 | 11/01/2014 | Property Tax | 1,980.16 | | 1,980.16 | |
| 11/13/2014 | 11/23/2014 | Late Charge | 1,914.69 | | 1,914.69 | |
| 12/01/2014 | 12/01/2014 | Property Tax | 1,980.16 | | 1,980.16 | |
| 12/01/2014 | 12/01/2014 | Minimum Rent - Gross | 17,166.67 | | 17,166.67 | |
| 01/01/2015 | 01/01/2015 | Property Tax | 1,251.55 | | 1,251.55 | |
| 01/01/2015 | 01/01/2015 | Minimum Rent - Gross | 17,166.67 | | 17,166.67 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 06/01/2006 | .00 |
| Plus Charges From | 06/01/2006 | 77,773.40 |
| Less Payments / Credits From | 06/01/2006 | (17,515.43) |
| **AMOUNT DUE:** | | **60,257.97** |

## ACCOUNT AGING

| Current | 31 - 60 | 61 - 90 | Over 90 | | | |
|---|---|---|---|---|---|---|
| 18,418.22 | 21,061.52 | 19,146.83 | 1,631.40 | | | |

# STATEMENT

| | |
|---|---|
| Date - | 01/05/2015 |
| Account - | 662291 |
| Statement No - | 1707429 |
| Page - | 1 |

**Make Check Payable To:**

THE CONNECTICUT POST LIMITED PARTNERSHIP
PO BOX 56815
Los Angeles CA 90074-6815

**From:**

CONNECTICUT POST
BANK OF AMERICA
FILE# 56815
LOS ANGELES CA 90074-6815

**Billing Address:**

Deb of Connecticut, Inc.
9401 Blue Grass Road
Philadelphia PA 19114

**Tenant:**

Deb of Connecticut, Inc.
9401 Blue Grass Road
Philadelphia PA 19114

Amount Remitted: _____

Remit top portion with payment.

## DETAIL CHARGE

**Connecticut Post**        Unit:   **1000**        Lease   **00288913**        DBA:  **Deb of Connecticut, Inc.**

| Invoice Date | Due Date | Description | Charges | Payments | Balance | Check Number |
|---|---|---|---|---|---|---|
| 06/01/2006 | 01/01/2015 | Balance Forward | | | .00 | |
| 01/10/2014 | 01/10/2014 | DEB SHOPS SDFMC LLC - 01/14 | | (8,000.00) | (65.00) | 251226 |
| 06/10/2014 | 06/10/2014 | After Hours Business Fee | 100.00 | | 100.00 | |
| 12/01/2014 | 12/01/2014 | Common Area Maintenance-Fixed | 7,935.00 | | 7,935.00 | |
| 01/01/2015 | 01/01/2015 | Minimum Rent - Gross | 14,166.67 | | 14,166.67 | |

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Balance Prior To | 06/01/2006 | .00 |
| Plus Charges From | 06/01/2006 | 22,201.67 |
| Less Payments / Credits From | 06/01/2006 | (65.00) |
| **AMOUNT DUE:** | | **22,136.67** |

## ACCOUNT AGING

| Current | 31 - 60 | 61 - 90 | Over 90 | | |
|---|---|---|---|---|---|
| 14,166.67 | 7,935.00 | | 35.00 | | |