

Stockbridge
Courtland Center
LLC

FILED

2015 JAN -5  AM 9: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 30, 2014

David D. Bird
Clerk, U.S. Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Subject:    Deb Store Holding, LLC Bankruptcy
            Deb Store #2992 Burton, MI

Re:         Preserving Administrative Claim Rights

Dear Mr. Bird

    This letter is to serve as notice for Stockbridge Courtland Center, LLC preserving our rights to an administrative claim in the bankruptcy filing for Deb Stores Holding, LLC filed on 12/04/2014. If you have any questions on this matter feel free to contact me at any time.

Respectfully,

Stockbridge Courtland Center, LLC
Owners and Managers Courtland Center Mall

Mr. Jeremy Sparks
Mall Manager
(810) 744-0742 (Office)
(810) 516-3470 (Cell)
courtlandmgr@gmail.com

cc:    Dr. Mahmoud Al-Hadidi
       John M. Bridges, CPM

Courtland Center Mall
4190 E. Court Street
Burton, MI 48509
1-810-744-0742 (p)
1-810-742-6866 (f)

Stockbridge Courtland
Center LLC
P.O. Box 8130
Bloomfield Hills,
Michigan 48302