IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEB STORES HOLDING LLC, *et al*,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-12676 (KG)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of 1600 North State Route 50 Holdings, LLC, a Maryland limited liability company, as current landlord of Northfield Square Mall in Bourbonnais, IL ("Northfield"), and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Northfield or these chapter 11 bankruptcy cases to be served upon:

　　Frederick B Rosner, Esq.
　　Scott J. Leonhardt, Esq.
　　The Rosner Law Group LLC
　　824 N. Market Street, Suite 810
　　Wilmington, DE 19801
　　Telephone: (302) 777-1111
　　Email: rosner@teamrosner.com

38935-0772/LEGAL124837280.1

Gary Eisenberg
PERKINS COIE LLP
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
Telephone: (212) 262-6902
Facsimile: (212) 977-1632
Email: GEisenberg@perkinscoie.com

Amir Gamliel, Esq.
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: agamliel@perkinscoie.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Northfield, specifically but not limited to (i) its right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Northfield is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Northfield expressly reserves.

Dated: January 26, 2015
      Wilmington, DE 19801

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
leonhardt@teamrosner.com

-and-

**PERKINS COIE LLP**
Gary Eisenberg
30 Rockefeller Plaza 22nd Floor
New York, NY 10112-0015
Telephone: (212) 262-6902
Facsimile: (212) 977-1632
Email: GEisenberg@perkinscoie.com

**PERKINS COIE LLP**
Amir Gamliel, Esq.
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
Email: agamliel@perkinscoie.com

*Counsel for Northfield*