UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case No. 14-12676-MFW

In re:

Chapter 11

DEB STORES HOLDING LLC

Debtor.

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the following party (ies) in interest

THE MARKETPLACE

(hereinafter "Landlord(s)") and, pursuant 11 U.S.C. §1109 (b), demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon: Thomas W. Daniels, Esq., 1265 Scottsville Road, Rochester, New York 14624 (phone: 585-464-9400; fax: 585-464-0706).

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109 (b), the foregoing demand includes not only notices and papers referred to in Rule 2002, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects any of the debtors or the property of any of the debtors.

Dated: 1/22, 2015

by: /s/ Thomas W. Daniels
Thomas W. Daniels, Esq.
Attorney for Landlord(s)
1265 Scottsville Road
Rochester, New York 14624
(585) 464-9400

TO:    SEE ATTACHED LIST

## CERTIFICATE OF SERVICE

I, Teresa Rubert, do hereby certify that I have served the foregoing Notice of Appearance by causing a copy to be mailed, first class, postage prepaid to the persons shown on the attached Service List on this 22nd day of January, 2015.

_____
Teresa Rubert

## SERVICE LIST

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones DE 2436
Attorney for Debtor
919 North Market Street
17th Floor
Wilmington, DE 19801

Deb Stores Holding LLC
Debtor
9401 Blue Grass Road
Philadelphia, PA 19114