1  Paul M. Weiser (SBN: 006998)
   Nancy K. Swift (SBN: 014910)
2  BUCHALTER NEMER
   16435 North Scottsdale Road, Suite 440
3  Scottsdale, AZ 85254-1754
   Telephone: (480) 383-1800
4  Facsimile: (480) 824-9400
   Email: pweiser@buchalter.com
5  Email: nswift@buchalter.com

6  Attorneys for Creditor CARLYLE ER METRO
   LLC
7

8              IN THE UNITED STATES BANKRUPTCY COURT

9                    FOR THE DISTRICT OF DELAWARE

10 | In re:                          | Chapter 11
11 | DEB SHOPS SDW LLC,              | Case No. 14-12682-KG
12 |              Debtor.            | NOTICE OF APPEARANCE AND
   |                                 | REQUEST FOR SERVICE OF PAPERS
13

14

15     PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as
16 Counsel to CARLYLE ER METRO LLC, as the owner of certain real property leased by DEB
17 SHOPS SDW LLC, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules
18 2002 and 9010(b), and requests that an entry be made on the Clerk's Matrix in these cases, and
19 that all notices given or required to be given in this case and all papers served or required to be
20 served in this case be given to and served upon the undersigned at the office and address set forth
21 below.
22     PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy
23 Code, the foregoing request includes not only the notices and pleadings referred to in the
24 Bankruptcy Rules specified above, but also includes, without limitation, notices of any
25 application, motion, petition, pleading, request, complaint, or demand, whether formal or
26 informal, whether written or oral, and whether transferred to conveyed by mail, delivery,

telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor-in-Possession, Debtor or its respective property and/or property of its estates.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this _18th_ day of February, 2015.

BUCHALTER NEMER

By: _____
Paul M. Weiser, Esq.
Nancy K. Swift, Esq.
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Attorneys for the CARLYLE ER METRO LLC

Copy of the foregoing mailed this
_18th_ day of February, 2015, to:

Laura Davis Jones, Esq.
PACHULSKI STANG, et al.
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attorney for Debtor

_____